**CURT G. JOA, INC.**
100 CROCKER AVE
PO BOX 903
SHEBOYGAN FALLS WI 53085-0903
USA



PROFESSIONAL ENGINEERS - MACHINE DESIGNERS AND MANUFACTURERS

PHONE (920) 467-6136    FAX (920) 467-2924    E-MAIL joa@joa.com

June 1, 2020

Dear Sir or Madam,

Todd Wolf and I have been colleagues at Curt G. Joa, Inc. since early 2016. Through these years, I've had the opportunity to work with Todd on several projects and to learn his character.

Todd was a project manager when I was hired by the organization as Sales and Marketing Director to implement selling process and establish a marketing organization. We worked together during the design and build of the high speed baby diaper production machine intended for market promotion, research and development, and production. Todd led the project with focus on project deliverables and awareness of team dynamics, ensuring deadlines were met and all team members managed their responsibilities to the project. In my experience, I've seen many leaders drive teams to complete due dates and was impressed Todd achieved success by motivating members through insights into their personal drivers. The project succeeded because Todd created a shared vision and motivated the team to embrace it and achieve it.

When I had the opportunity to expand the sales department and hire a business development manager, Todd was the top of the list. He was the ideal candidate for those customer accounts that had grown stagnant due to the deterioration of relationship. I'm pleased with Todd's success in the role. He secured the relationship and expanded sales from the declining accounts, growing both the revenues and the margins. In addition, he created a new selling process that reduced the administrative demands of processing orders and gave him more time for developing sales with other divisions within customer accounts.

My role was expanded with additional marketing activities by removing the sales responsibilities but I continue working closely with Todd. His drive for results and enthusiasm for team dynamics never diminish, despite the natural cycles of business and industry.

I recommend Todd for roles that require business development, sales or project management based on his multiple successes I've observed in the years I've known him. I'm available for more information as desired.

Regards,

*Paula M. Inda*

Paula M. Inda
Corporate Director, Global Marketing
pinda@joa.com
+1 920 467 7312

June 01, 2020

To Whom If May Concern:

I am writing this letter of recommendation for Todd Wolf. It was a privilege to work with Todd from January 2014 – September 2019 at Curt Joa Inc. When Todd started, I was the cost accounting manager and he was a project leader. After 2 years, Todd was promoted to Business Development Manager in the Sales department. As a member of the finance team, I worked extensively with Todd in both his roles on many multi-million-dollar capital projects.

Todd always demonstrated excellent leadership and communication skills; he could always be counted on to make sure these projects went smoothly. Todd and I worked very closely together in all aspect of these projects, whether it was creating customer quotes, establishing budgets, executive reporting, customer service, monitoring costs throughout the project, or coordinating with other departments to meet difficult deadlines.

I am confident Todd will excel in whatever endeavor he pursues. He is the type of person who cares for the team and is a go-getter that delivers driven results.

I highly recommend Todd without reservation. If you have any further questions, please do not hesitate to contact me.

Sincerely,

**Dennis L. Gass, CPA**
Domestic Controller
American Orthodontics Inc.

Phone: 920-323-0963
Email: dlgass.cpa@gmail.com

# Jen DeMaster

| | |
|---|---|
| **From:** | Paul Weaver ███████████ |
| **Sent:** | Wednesday, November 9, 2022 6:20 PM |
| **To:** | Attorney Jennifer DeMaster |
| **Subject:** | Todd Wolf |

I would be pleased to provide background as to all my positive experiences I have had with Todd Wolf in his city capacity. I have been a real estate owner and developer for many years in Sheboygan.

**Paul C. Weaver**

# Project 4 Services, LLC.

███████

# Jen DeMaster

**From:** Jack Liebl <span style="background:black">████████</span>
**Sent:** Tuesday, November 8, 2022 12:18 PM
**To:** Attorney Jennifer DeMaster
**Subject:** Todd…

Dear attorney DeMaster –

I have known Todd for about 30 years and worked with him for at least 20… a good man and honest as the day is long. I was horrified to learn yet not too surprised by the past events of the day. We certainly live in bizarre times! Todd will ALWAYS look out for whom he is working for. In this case it is the voters. Please give him your best and let him know I give him mine.

Thanks!

Jack Liebl
Director and former CEO (retired)
Sheboygan Paper Box Company