

# PRESS RELEASE

**For Immediate Release: June 23, 2020**

Mayor Mike Vandersteen and the City of Sheboygan Common Council are pleased to announce the appointment and approval of the new City Administrator, Mr. Todd Wolf.

Former Alderperson for District 2 in the City of Sheboygan, Mr. Wolf brings years of public and private sector leadership experience to the position. Mr. Wolf was elected to the common council in 2015, serving as Council President since 2016. He also served as Chair of the Transit Commission and Public Works committee, serves on the Finance and Personnel, RDA, Marina/Parks and Forestry and Capital Improvements committees. He holds a Master's of Science in Technology Management, and is black-belt certified in Lean Six Sigma. He will build upon a strong foundation set by previous leadership. He will begin his role on July 7, 2020.

EXHIBIT B