Hi Todd, ▮▮▮ I don't know if you are allowed to have conversations with city employees now, so if you can't feel free to ignore this.
 I've thought about reaching out to you for a while but obviously we were not able to have communication with you. I want to thank you for the ▮▮▮▮▮▮▮▮▮▮ I've heard so many great stories of the positive impact you have made on many employees here at the city. It's a true shame how things ended with you and the city. We were all hoping you would be able to come back.. I wanted to wish you the best and if there's anything I can do to help, please let me know.
The atmosphere isn't the same without you here and it's been rough since you were suspended. But I know you will find something great because you are great, known and respected leader in this area and not just by the employees at the city. I'll never forget other managers at my last job telling me how great you were before I even came here and how they knew this was a great opportunity because I would get to work with you.

EXHIBIT

C



I'd work for you any day. You were a true leader.

Thank you for coming in tonight. Todd, from the moment I met you and how quickly you Took me under your wing to help me understand the processes of the city due to a lack of on boarding processes, I knew it was going to be a wonderful mentorship. I have learned more from you ▮▮▮▮▮▮ in the past five months and have excelled, due to your specific guidance. All of