

# Non-Rep Employee Evaluation

**Employee Name:** Todd Wolf

**Position Title:** City Administrator

**Department:** City Management

**Reason For Evaluation:**

☐ Annual   ☑ Other: 6 Month Review

Date of Evaluation: 01/22/21

## S.T.A.I.R.S. Approach

S.T.A.I.R.S. aligns with the City of Sheboygan's core values of service, teamwork, accountability, innovation, respect, and stewardship (fiscal responsibility).

Check the appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

### Service

| | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Knowledge of Work:** Familiarity with job skills, policies, procedures, work area, duties, responsibilities | ✓ | | | |
| **Public Service Skills:** Demonstrates Honesty, tact, courtesy, awareness of & sensitivity to customer needs | ✓ | | | |
| **Internal Service Skills:** Demonstrates Honesty, tact, courtesy, awareness of & sensitivity to coworker needs | ✓ | | | |
| **Diversity:** Treats all individuals fairly and respectfully, regardless of their values, beliefs, background, position, or status | | ✓ | | |

**Comments:**

Todd understands the service component of his job. He has a great understanding of his role and responsibility. Todd is beginning to take the steps to further grow and expand his knowledge in diversity and how we can do more.

### Teamwork

| | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Collaboration:** Works with and assists others to achieve departmental and organizational goals and priorities | ✓ | | | |
| **Communication Skills:** Articulate in expressing facts, ideas, & thoughts with clarity both orally and in writing | ✓ | | | |
| **Cooperation:** Cooperates with coworkers to ensure alignment with departmental and organizational goals | ✓ | | | |
| **Trust Building:** Shares information and knowledge readily coworkers and supervisors | ✓ | | | |

**Comments:**

Todd is a great team player and more importantly he is a team leader. Todd knows how to collaborate and work towards achieving collective goals.

EXHIBIT D

# Non-Rep Employee Evaluation

## S.T.A.I.R.S. Approach

Check the appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

| | Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|---|
| **Accountability** | | | | |
| **Ownership:** Responsible for the results of one's actions to ensure they are of the highest quality and are delivered in a timely manner | ✓ | | | |
| **Meeting Work Commitments:** Plans work, meets commitments & deadlines, achieves desired results | ✓ | | | |
| **Flexibility/Adaptability:** Responds and adapts to changing situations, policies, practices, stress, and emergencies | ✓ | | | |

**Comments:**
Todd sets a high standard when it comes to accountability. Ensuring that work is being done and task are being assigned properly.

| | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Innovation** | | | | |
| **Constructive Feedback:** Is open and receptive to personal feedback and uses suggestions to modify behavior when appropriate | ✓ | | | |
| **Initiative:** Self-motivated & makes effort to complete work with minimal supervision | ✓ | | | |
| **Problem Solving:** Generates efficient approaches to addressing problems and opportunities and makes sound decisions after reviewing all relevant information | ✓ | | | |
| **Technology:** Demonstrates ability to use technology effectively and productively and continually updates skills and knowledge | ✓ | | | |

**Comments:**
Todd is the strongest advocate in the city for innovation. Todd knows that we need new technology to be more effective in the city.

| | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Respect** | | | | |
| **Attendance:** Punctual to work, to meetings, and from breaks; does not abuse leave time | ✓ | | | |
| **Attitude:** Has "can-do" approach and strives to maintain an optimistic outlook | ✓ | | | |
| **Safety Consciousness:** Acts with proper safety habits, maintains equipment, corrects unsafe conditions | ✓ | | | |

**Comments:**
Todd brings great energy to city hall, and goes above and beyond when taking on projects at city hall.
Todd needs to make sure he is taking time off to avoid burnout.

# Non-Rep Employee Evaluation

## S.T.A.I.R.S. Approach
Check appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

| Stewardship (Fiscal Responsibility) | Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|---|
| **Resource Management:** Uses city resources and work time wisely to avoid waste | ✓ | | | |
| **Quality of Work:** Completed work is accurate, neat, well organized, articulate, thorough & effective | ✓ | | | |
| **Quantity of Work:** Amount of work produced as compared to quantity standards of the position | ✓ | | | |

**Comments:**
Todd understands the role and responsibility to upholding strong fiscal management in the city.

## Overall Performance Rating Totals

| Service | Teamwork | Accountability | Innovation | Respect | Stewardship | Total Average |
|---|---|---|---|---|---|---|
| 15 | 16 | 12 | 16 | 12 | 12 | 3.96 |

☑ I agree with this Evaluation.
☐ I do not agree with this Evaluation.
*Written explanation should be attached

Initials:

Employee Signature & Date: 1-22-2021

Supervisor Signature & Date: 1/22/2021

Director Signature & Date:

**Overall Comments:**
Overall, I agree with Todd's self-evaluation. Todd is doing a wonderful job as our city administrator. 2020 has been a challenging year, but he has been able to tackle all our issues head on. I do believe that Todd has taken on more work than we all anticipated. However, he has adapted and making plans to move forward to address all our issues.
Keep up the great work.

| Rating Scale for Percentage Increase |
|---|
| Score 3.0 - 4.0 = 2% |
| Score 2.5 - 3.0 = 1.75% |
| Score 2.0 - 2.5 = 1.50% |
| Score Below 1.99 = 0 to 1.25% |

| Percent Increase |
|---|
| 2 % |

S:\All Users\Human Resources\Forms\Employee Evaluation\Evaluation- Working Document 2020.pdf    HREV-101

# Non-Rep Employee Evaluation

| Performance and Development Goals |
|---|
| **Performance Goals:** (attach additional documentation as necessary) <br> Examples- form updates, process documentation, procedure enhancements |
| 1. Working with the Finance Dept, clean up our finance and accounting challenges. Lead a transition to Munis. Find and hire a Finance Director that can lead our dept forward. |
| 2. Continue to fix issues in our HR Dept related to payroll, and benefits. Ensuring that we have a better practice at record retention and tracking. |
| **Other:** <br> Develop a plan and identify key areas to fill our business park and other areas throughout the city. |

| |
|---|
| **Development Goals:** (attach additional documentation as necessary) <br> Examples- CPR Certification, Microsoft Office skills coursework, cross-training within department |
| 1. Working with WCMA and ICMA for continued trainings for professional growth and development. |
| 2. Focus on financial processes and practices, and working with CLA for the annual audit. Understanding the issues from our past, and ensuring those areas are not over looked in the future. |
| **Other:** <br> Working on LEAN strategies with the LEAN team in the city |

| Coaching Dates | | | |
|---|---|---|---|
| Coaching #1: | | Coaching #3: | |
| Coaching #2: | | Coaching #4: | |



# Non-Rep Employee Evaluation

**Employee Name:** Todd Wolf
**Position Title:** City Administrator
**Department:** Administration

**Reason For Evaluation:**
☒ Annual  ☐ Other
**Date of Evaluation:** 7/16/2021

## S.T.A.I.R.S. Approach

S.T.A.I.R.S. aligns with the City of Sheboygan's core values of service, teamwork, accountability, innovation, respect, and stewardship (fiscal responsibility).

Check the appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

| Service | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Knowledge of Work:** Familiarity with job skills, policies, procedures, work area, duties, responsibilities | ✓ | | | |
| **Public Service Skills:** Demonstrates Honesty, tact, courtesy, awareness of & sensitivity to customer needs | | ✓ | | |
| **Internal Service Skills:** Demonstrates Honesty, tact, courtesy, awareness of & sensitivity to coworker needs | | | ✓ | |
| **Diversity:** Treats all individuals fairly and respectfully, regardless of their values, beliefs, background, position, or status | | | ✓ | |

**Comments:** Work at listening more and talking less eg. repeating others' presentations.

| Teamwork | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Collaboration:** Works with and assists others to achieve departmental and organizational goals and priorities | ✓ | | | |
| **Communication Skills:** Articulate in expressing facts, ideas, & thoughts with clarity both orally and in writing | | | ✓ | |
| **Cooperation:** Cooperates with coworkers to ensure alignment with departmental and organizational goals | ✓ | | | |
| **Trust Building:** Shares information and knowledge readily coworkers and supervisors | | ✓ | | |

**Comments:** Be cautious of using acronyms that aren't defined.

# Non-Rep Employee Evaluation

## S.T.A.I.R.S. Approach

Check the appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

| Accountability | Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|---|
| **Ownership:** Responsible for the results of one's actions to ensure they are of the highest quality and are delivered in a timely manner | ✓ | | | |
| **Meeting Work Commitments:** Plans work, meets commitments & deadlines, achieves desired results | ✓ | | | |
| **Flexibility/Adaptability:** Responds and adapts to changing situations, policies, practices, stress, and emergencies | | ✓ | | |

Comments: *Good job in meeting January 2021 review goals.*

| Innovation | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Constructive Feedback:** Is open and receptive to personal feedback and uses suggestions to modify behavior when appropriate | | ✓ | | |
| **Initiative:** Self-motivated & makes effort to complete work with minimal supervision | ✓ | | | |
| **Problem Solving:** Generates efficient approaches to addressing problems and opportunities and makes sound decisions after reviewing all relevant information | ✓ | | | |
| **Technology:** Demonstrates ability to use technology effectively and productively and continually updates skills and knowledge | | ✓ | | |

Comments:

| Respect | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Attendance:** Punctual to work, to meetings, and from breaks; does not abuse leave time | ✓ | | | |
| **Attitude:** Has "can-do" approach and strives to maintain an optimistic outlook | ✓ | | | |
| **Safety Consciousness:** Acts with proper safety habits, maintains equipment, corrects unsafe conditions | | ✓ | | |

Comments: *Work to lead by example making sure to take time to re-charge... at least one week away from the office. (health & safety issue)*

# Non-Rep Employee Evaluation

## S.T.A.I.R.S. Approach
Check appropriate rating column.

| Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|
| Consistently performs above role requirements | Competent in role | Working toward competency | Not meet role requirements |

| Stewardship (Fiscal Responsibility) | Exceeds Expectations (4) | Meets Expectations (3) | Opportunity for Development (2) | Unsatisfactory (1) |
|---|---|---|---|---|
| **Resource Management:** Uses city resources and work time wisely to avoid waste | ✓ | | | |
| **Quality of Work:** Completed work is accurate, neat, well organized, articulate, thorough & effective | ✓ | | | |
| **Quantity of Work:** Amount of work produced as compared to quantity standards of the position | ✓ | | | |

**Comments:** Keep up the excellent work that you are doing with HR and finance.

## Overall Performance Rating Totals

| Service | Teamwork | Accountability | Innovation | Respect | Stewardship | Total Average |
|---|---|---|---|---|---|---|
| 2.75 | 3.5 | 3.66 | 3.5 | 3.66 | 4.0 | 0.00 |

3.50

☐ I agree with this Evaluation.

☐ I do not agree with this Evaluation.
*Written explanation should be attached

Initials: ☐

Supervisor Signature & Date: Barbara Felde 10/16/21

Employee Signature & Date

Director Signature & Date

**Overall Comments:** To align reviews with the city schedules (Oct. Nov. Dec.) we will do a "check in" this year at year end; and schedule a formal review in Oct/Nov/Dec. 2022.

### Rating Scale for Percentage Increase
- Score 3.0 - 4.0 = 2%
- Score 2.5 - 3.0 = 1.75%
- Score 2.0 - 2.5 = 1.50%
- Score Below 1.99 = 0 to 1.25%

**Percent Increase** ___ %

# Non-Rep Employee Evaluation

## Performance and Development Goals

**Performance Goals:** (attach additional documentation as necessary)
Examples- form updates, process documentation, procedure enhancements

1. Continue munis integration and training

2. Continue to monitor finance department changes and work to transition comptroller back to the department by the Spring of 2022.

**Other:**
a. Coordinate departments annual report with the state of the city report given by the mayor
b.

**Development Goals:** (attach additional documentation as necessary)
Examples- CPR Certification, Microsoft Office skills coursework, cross-training within department

1. Support the Mayor, the Council and the department heads by highlighting their work.

2. Commit to professional growth and development eg. diversity & inclusion, communication skill, city administrator protocols, technology

**Other:**

## Coaching Dates

Coaching #1: 
Coaching #2: 
Coaching #3: 
Coaching #4: