| From: | Bill Marklein <sayhello@employhumanity.com> |
|---|---|
| Sent: | Sunday, August 7, 2022 2:22 PM |
| To: | Arenz, Carrie |
| Subject: | Meet the 2022 Employ Humanity Inspirational Leaders! |



In the spirit of recognizing excellence, Employ Humanity announces the following inspirational leaders for their extraordinary ability to lead, serve and inspire:

Andrew Kamla, Cell.Plus II Inc.

1

**Calson Bynoe**, Employment Resource Group Inc.
**Charm Der**, Sargento Foods Inc.
**Cindy Moen**, Shopko Optical
**Dr. Diane Chapman**, North Carolina State University
**Diane Gadzalinski**, Walbec Group
**Dr. Fred Rachman**, AllianceChicago
**Gary Picard**, Town of Madawaska
**Greg Sabel**, C.D. Smith Construction
**James McGregor Jr.**, McGregor Metal
**Kathryn Poehling Seymour**, First Supply
**Sharon Hulce**, Employment Resource Group Inc.
**Todd Wolf**, City of Sheboygan
**Tom Genevich**, Penn National Gaming
**Tonya Coon**, myCUmortgage
**Zach Hodge**, HODGE

**VIEW MAGAZINE**

**ADVERTISE:** Promoting your unique brand, support and celebrate these leaders with an interactive Full Page ad in the official 2022 Employ Humanity Inspirational Leaders magazine. Email sayhello@employhumanity.com for advertising info. This annual digital magazine is heavily promoted for a full year—August to August.

Employ Humanity | PO Box 469, Plymouth, WI 53073

Unsubscribe carrie.arenz@sheboyganwi.gov

Update Profile | Constant Contact Data Notice

Sent by sayhello@employhumanity.com in collaboration with



Constant Contact
Try email marketing for free today!





© 2023 by Employ Humanity LLC.