
EXHIBIT
L

City of Sheboygan
Request for Proposal Notice

I. Notice is given that the City of Sheboygan requests proposals for a *Diversity, Equity, and Inclusion Consultant(s)* through TBA.

One hard copy and one electronic copy of the proposal clearly labeled "RFP Diversity, Equity and Inclusion Consultant(s) Proposal" must be delivered to:

> Mayor Ryan Sorenson
> City of Sheboygan
> 828 Center Avenue
> Sheboygan WI  53081
> { HYPERLINK "mailto:ryan.sorenson@sheboyganwi.gov" }

Inquiries may be directed by email to Sarah Schwefel in the mayor's office at sarah.schwefel@sheboyganwi.gov.

II. Project Timeline

Proposals will be evaluated, and the successful vendor will be determined and approved by the Sheboygan Common Council.  The city reserves the right to reject any or all proposals, and to select the vendor, benefits and services that best meet the needs of the city, its employees, and the residents of the City of Sheboygan.

The following is an estimated schedule of proposal receipt and decision:

| Date | Action Item |
| --- | --- |
| TBA | RFP issued. |
| TBA | Proposal due by 5:00 p.m. |
| TBA | Proposals reviewed. |
| TBA | Interviews as needed. |
| TBA | Consideration of recommended proposal by Finance and Personnel Committee. |
| TBA | Council consideration and approval of contract. |
| TBA | Contract activity begins. |

III. Brief City Overview

The City of Sheboygan is located on the western shore of Lake Michigan, fifty miles north of Milwaukee.  Newly released census data show the city has grown to just under 50,000 residents.  Traditionally a community with a strong manufacturing base, Sheboygan has become a popular tourist destination in recent years.  In addition to beautiful beaches along the lake, the city also has over seven hundred acres of parks, and extensive bike paths.  Mead Public Library is a resource hub for surrounding communities.  The John Michael Kohler Art Center and its Arts Preserve are major cultural and community institutions.  Golf courses abound.

Economic prosperity for city residents is uneven, however.  The median household income in Sheboygan in 2018 was $41,037.  However, residents making above the median level tend to earn at a higher level than those below the median income.  There is a very significant difference among per capita earnings of white residents ($24,647) and Asian (11,188), Black ($8,793) and Hispanic ($9,261) residents.  Approximately sixty-two percent of Sheboygan Area School District

students are eligible for free or reduced cost school meals. At last count, about two- and one-half percent of students were considered homeless, that is, about two-hundred and fifty students each year.

City government is structured on a mayor-common council basis, with significant recent changes in its structure. The common council was reduced from sixteen to ten positions in 2018. Alders are elected from specific districts, and as a result of the April, 2021 election, more robustly represent our diverse community. Six of ten alders are women, two are Black, one is Latina, and one has Japanese heritage.

After some turmoil and a mayoral recall election in 2012, the council created a city administrator position to professionally manage its day-to-day operations. Our current city administrator, Todd Wolf, began in his position in July, 2020. Our current mayor, Ryan Sorenson, was elected in April, 2021, handily defeating the eight-year incumbent. Mayor Sorenson has begun to reach out to diverse communities to recruit for the city's many boards, committees, and commissions, and strongly supports diversity, equity and inclusion work in the city and the whole community.

The city has approximately 480 employees. While there are no firm data at this point, most employees are white and male. There are fifteen departments, with various lines of authority on the table of organization. Department heads met with representatives of the Sheboygan Justice Equity group (see below) in March, 2021 to discuss the findings of a Racial Equity Report completed in 2020 that compared demographic data of city residents over the past decade. Department heads commented that Sheboygan is "two cities;" that the older generation fears the unknown; that we are not reaching out and connecting with our local schools; that we need to go outside the box, and other observations about the need for diversity education and training.

Current census data show significant demographic population changes in the city over the past decade. White residents now make up seventy-two percent of the city's population, down eleven percent from 2010 data. There has been significant growth in Asian, Hispanic, and Black populations. In the 2020-2021 school year, the Sheboygan Area School District became a "majority-minority" school district, that is, the majority of students are students of color.

City residents, businesses and organizations have been active in identifying, and are beginning to take action around diversity, equity, and inclusion issues. The Sheboygan Equity, Inclusion, Diversity, and Inclusion (SDEIB) initiative is an umbrella for interest groups including education, social structure, historic preservation and acknowledgement, county government, health and wellness and other interests. One of the most active interest groups in SDEIB, Sheboygan Justice Equity (SJE) has focused on bringing DEI awareness, training and planning into city government operations and contemplates working with the city in its DEI efforts going forward. SJE has partnered with the city in initiating DEI efforts as a part of SJE's strategic plan.

There are many other active organizations, including the Sheboygan County LGBTQ Alliance, the Hmong Mutual Assistance Association, the Hmong Women Society, Black-American Community Outreach (BACO), and Voces de la Frontera Capitulo Sheboygan. While there are no active disability advocacy groups currently working in Sheboygan, there are significant equity issues among disabled residents.

IV.  Proposal Summary

While the city posted a diversity and inclusion statement of principles after the killing of George Floyd, it has undertaken no systematic examination of those principles in action within city government.  However, there is a strong commitment within city leadership and the community to bring diversity, equity, and inclusion values and actions into all aspects of city government, and to establish and nurture a meaningful conversations and ongoing relationships with all parts of our community.

The city is seeking proposals from qualified consultants to assist the city in developing a DEI action plan as a starting point for its goal to ensure that the city is welcoming, respectful, and inclusive for all residents.

Specific goals for the DEI action plan include the following:

1. To develop an understanding within city government of diversity, equity, and inclusion (DEI) principles, and their importance to city employees, including elected and appointed officials, and the community.

2. To develop DEI goals and specific action steps that will engage city employees, including elected and appointed officials, in training, education, and policy changes that will result in a more diverse, welcoming, supportive work force that reflects the diversity of the community.

3. To engage a broad base of community members in the city's ongoing strategic planning process.

4. To facilitate the creation of a diverse community group to assist in the ongoing implementation and use of DEI initiatives as outlined in this proposal.

V.  Scope of Work

The city wishes to engage a person or team to assist the city in achieving the goals listed in section IV.

The scope of work includes the following:

A. Discovery Steps:

1. Organizational scan:  Work with city staff to assess the city's DEI policies and attitudes.  This will include developing demographic information about city staff, and examining hiring, training and retention policies that relate to DEI.

2. Internal scan:  Explore and identify attitudes about DEI within city government.

3. Environmental scan:  Identify community resources that can be utilized to inform and support the City's initiatives.

B. Action Steps:

1. Assist in developing a DEI roadmap that provides for short- and long-term actions as follows:

    a. Initial training within the city to establish a shared understanding of diversity, equity and inclusion and its importance to city government and the community.

    b. Ongoing education and training of all levels and areas within city government that will educate employees about cultural competencies, explicit and implicit bias, and the importance of being part of a welcoming and supportive work environment.

    c. Integration of DEI values into internal policies and procedures, and external communication of the city's DEI values to community residents.

    d. Creation of a sustainable action plan with measurable goals that will include the following:

        i. Establish ongoing training and integration of DEI policies and practices into all city activities.

        ii. Assist in developing and implementing meaningful ways to communicate with community residents regarding DEI issues and opportunities.

        iii. Establish accountability methods to ensure the success of DEI plans that will include a commitment to staffing as appropriate to assist in activating and sustaining this action plan.

        iv. Identify needed resources within city government to ensure the success of DEI plans.

2. Development and implementation of outreach and communication strategies to engage members of the community, with a particular focus on diverse groups discussed in the brief city overview. The city will soon begin a substantial strategic planning process that will require significant community engagement and the involvement of all parts of the city to be successful.

VI. Proposal Requirements

Submitted proposals must follow the format outlined below and include all requested information. Failure to submit proposals in the required format may result in elimination from consideration.

   A. Cover letter: Please include the name, address, and contact information of the consultant or firm, and signed by the person authorized to represent the consultant or firm. Include the name and qualifications of the individuals who

will be working on this project. Identify only individuals who will do the work on the project.

B. Organization and personnel qualifications: Please provide a statement of qualifications and expertise to perform the services sought by this RFP, including a description of relevant experience with projects that are similar in nature to this proposed project.

Applicants must demonstrate an understanding of the role of municipal governments in advancing racial equity, and an ability to apply a racial equity lens to the planning and implementation of city policies, procedures, and programs. In addition, applicants should have experience in building employee capacity to advance racial equity. Respondents must be well-versed in community engagement and have demonstrated skills in consensus building.

C. Scope of work description: The application should include a general project schedule that identifies tasks, activities, and deliverables that the applicant proposes to carry out in implementing the project. The applicant should provide an overview of a recommended approach for the project and the applicant's overall approach to DEI work.

D. References: Please provide two or more professional reference that include contact information and a short description of the work performed for the reference listed.

E. Cost proposal: The cost proposal must list the hourly rates for each person who performs the task and the total number of hours estimated for each of the components of the scope of work, in addition at any other costs associated with completion of the work, and include a total projected cost for the project.

VII. Evaluation Criteria

The City of Sheboygan will evaluate respondents based upon the written response to this RFP, consultant interviews, references, and the following criteria:

| Criteria | Description | Weight |
|---|---|---|
| Expertise | Technical, lived, and personal expertise of personnel assigned to RFP tasks; ability to perform and complete the work in a professional and timely manner. | 35% |
| Skill | Demonstrated qualifications and experience in this work, including the ability to affect real change, and provision of similar services for other organizations. | 25% |
| Approach | Consultant's understanding of and approach in providing RFP services. Responsiveness and completeness of the proposal and any value-added component. | 10% |
| Cost | Cost or cost effectiveness and resource allocation. | 15% |
| Minority-Owned Business | Preference is given to firm/consultant owned | 15% |

|  | or operated by Black, Indigenous Person of Color (BIPOC). |  |
| --- | --- | --- |
| Total |  | 100% |

VIII.    City Disclaimer

    This RFP does not commit the City of Sheboygan to award a contract.  This RFP and the process it describes are proprietary to the city and are for the sole and exclusive benefit of the city.  No other party, including any Applicant, is intended to be granted any rights hereunder.  Any response, including written documents and verbal communication, by an applicant to this RFP, shall become the property of the City and may be subject to public disclosure by the City or any authorized agent of the City.