EXHIBIT O

| | |
|---|---|
| From: | ML Donohue <mldonohue@live.com> |
| Sent: | Wednesday, August 17, 2022 2:52 PM |
| To: | barbara.felde@sheboyganwi.gov; roberta.filicky-peneski@sheboyganwi.gov; amanda.salazar@sheboyganwi.gov; betty.ackley@sheboyganwi.gov; Angela.Ramey@sheboyganwi.gov; dean.dekker@sheboyganwi.gov; grazia.perrella@sheboyganwi.gov; zach.rust@sheboyganwi.gov; trey.mitchell@sheboyganwi.gov; joe.heidemann@sheboyganwi.gov |
| Cc: | Sorenson, Ryan; Wolf, Todd; Garrett Erickson |
| Subject: | Information regarding Mead Public Library |

Dear Alders:

I am writing to you about what has suddenly become a controversial matter: whether Mead Public Library should be excluded from the revised and updated wage classification and step pay plan for non-represented employees that the Common Council is currently considering.

The rationale for this action, as proposed by Alder Heidemann, is that Mead Public Library has its own Board of Trustees that governs the library. The library board is charged with hiring the librarian (a department head within the city structure) and overseeing the administration of the library. See Wis. Stat. §§ 43.58 (1)(2). In that respect, the board has independence in terms of library administration. However, that independence is clearly reduced by funding considerations from the city, as well as other taxing entities.

Mead Public Library is not the only city department with a governing board that includes city employees and city residents. For example, the Police and Fire Commission has exclusive jurisdiction over the hiring, promoting, and disciplining of police officers and fire fighters. See Wis. Stat. § 62.13. The Police and Fire Commission does not have the scope of the library board's overall authority. Nonetheless, the reality of independent citizen control over city departments is well-established and greatly valued.

Mead Public Library has been a city department since 1897. It joined the city's health insurance and other benefits' package in 2008, and is governed by its terms and conditions. Its employees became fully incorporated into the city's wage scale in 2017 and are governed by its terms and conditions. If the library is removed from the wage classification and step pay plan, past history tells us that this will be the beginning of a long-term continuation of substantial underfunding of this service. This is precisely what happened in the past when the library received no or reduced funding.

I have been puzzled by the source of this deep antipathy toward Mead Library, because, with the Fire Department, it is consistently rated as the most valuable service the city provides. Perhaps it is the belief that the Mead Library Foundation can completely fund the library.

That is not possible. First, the Foundation funds would be exhausted in less than three years. Second, the Foundation's operating documents clearly provide that "contributions to the Foundation shall not be used to reduce support or commitment of local funding for libraries from the City of Sheboygan and/or the County of Sheboygan." See Article III, Articles of Incorporation.

While the Foundation may not make up for reduced city operational funding, it has made significant contributions to the library building and has supported classes, seminars workshops and events that are greatly valued by the community. From 2013 to 2022, the Foundation has provided $2,130,148 in supplemental funding

1

to support the library. Of that amount, $1,454,718 has been used for capital improvement projects, freeing up needed capital improvement funds for other departments that do not have similar foundations.

Mead Public Library is truly a cherished city institution. More than 32,000 city residents have library cards. **In the first six months of this year alone**, more than 100,000 people have walked through the doors of Mead Public Library and checked out over 200,000 books and materials. More than 16,000 residents have participated in library classes, seminars, workshops, and events. This is really quite extraordinary.

I hope this additional background is helpful in your deliberations, if it continues to be suggested that the library be excluded from the city's wage classification and step pay plan. As a former alder, former Mead Public Library trustee, and the mother of two wonderful boys who would have lived in the history section of the library if it had been allowed, I appreciate your consideration of my points.

Mary Lynne Donohue
920-458-1027

# Jen DeMaster

**From:** ML Donohue <mldonohue@live.com>
**Sent:** Thursday, August 18, 2022 10:06 AM
**To:** Alderperson Barbara Felde
**Subject:** Re: Information regarding Mead Public Library

Thanks, Barb. I think Todd has won on not giving library pages and the custodian $15/hr--deeply unfair and nasty, but there you go. This plan to take the library out of the pay plan altogether is catastrophic.

Appreciate your support on this. I won't bug you with a phone call!

Mary Lynne


Mary Lynne Donohue
920-458-1027

---

**From:** Alderperson Barbara Felde <Barbara.Felde@sheboyganwi.gov>
**Sent:** Wednesday, August 17, 2022 5:08 PM
**To:** ML Donohue <mldonohue@live.com>
**Subject:** Re: Information regarding Mead Public Library

Thank you Mary Lynne. As you know I support the $15/hr pay. I am only one person. I think many on the council have heard plenty (sigh) about why the Library should be included in the wage study, etc. Your email gives me new information to chew on.


Missing your wisdom on the council. Be well 


Barb Felde

Alderperson District 1

Common Council President

Chairperson License Hearing & Public Safety Committee

Chairperson Board of License Examiners

Finance & Personnel Committee Member

Senior Services Commission Member

Transit Commission Member


---

**From:** ML Donohue <mldonohue@live.com>
**Sent:** Wednesday, August 17, 2022 2:51 PM

1