| | |
|---|---|
| From: | unspecified |
| Sent: | Monday, August 22, 2022 4:23 PM |
| To: | Adams, Charles; Arenz, Carrie; Biebel, David; Bushman, Eric; DeBruin, Meredith; Domagalski, Christopher; Erickson, Garrett; Krueger, Kaitlyn; Montellano, Eric; Muench, Derek; Pelishek, Chad; Rendall-Araujo, Emily; Sorenson, Ryan; Stokes Michelle; Torry, Judge Natasha; Trueblood, Joe; Wolf, Todd |
| Subject: | [Forwarded from DataCove] [Thu Nov 10 16:09:56 2022] Today's meeting notes |
| Attachments: | Mgmt Team Notes 8-22-2022.docx |

Good Afternoon,

Attached please find today's meeting notes for your reference.

Please let me know if you have any questions. Thanks!

Carrie

Carrie Arenz
Assistant to the City Administrator
City of Sheboygan, Wisconsin
920-451-2367
carrie.arenz@sheboyganwi.gov
(She/Her/Hers)

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.

EXHIBIT P — exhibitsticker.com