**From:** Hilty, Maya <MHilty@sheboygan.gannett.com>
**Sent:** Monday, September 12, 2022 2:22 PM
**To:** Wolf, Todd <Todd.Wolf@sheboyganwi.gov>
**Subject:** Sheboygan Press interview request

Hi Administrator Wolf,

This is Maya with the Press. I'm writing a story about city of Sheboygan director Chad Pelishek saying a racial slur in a meeting a few weeks ago and how the city responded.

I would like to ask you about Chad Pelishek's roles and responsibilities in the city and how the city responded to this incident.

Are you available to connect for 20 minutes sometime this afternoon or tomorrow?

Regards,
**Maya Hilty**
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty

---

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient,

**EXHIBIT**

Q