| From: | Wolf |
|---|---|
| Sent: | Thursday, September 15, 2022 12:06 PM |
| To: | 'Hilty, Maya' |
| Cc: | Sorenson, Ryan |
| Subject: | RE: Sheboygan Press interview request |

Maya

I understand that you also reached out to the Mayor.

Would 3:00 or 4:00pm on Tuesday work for you to meet with both of us on the DEIB of the city?

Thanks

Todd Wolf
City Administrator
City of Sheboygan
(920) 459-3315 work
(920) 226-1698 cell

Todd.Wolf@sheboyganwi.gov
www.sheboyganwi.gov
(He/Him/His)



---

**From:** Hilty, Maya <MHilty@sheboygan.gannett.com>
**Sent:** Thursday, September 15, 2022 9:09 AM
**To:** Wolf, Todd <Todd.Wolf@sheboyganwi.gov>
**Subject:** Re: Sheboygan Press interview request

Hi Todd,

Thank you for the note. I believe meeting on Tuesday should work for me. What time works for you?

I will have my questions ready to send over by this afternoon or tomorrow morning.

Best,
**Maya Hilty**
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty



EXHIBIT R