↪ Reply all | ⌄    🗑 Delete    Junk | ⌄    ...    ✕

## Re: Feedback for the Common Council

 **Alderperson Barbara Felde**
Mon 10/17, 3:36 PM      ↪ Reply all | ⌄

Brenda Richterkessing <brenda@rkihomes.com>; Sorenson, Ryan; Alderperson Rol ⌄

kerfluffle

Dear Ms Richterkessing,

Thank you for your input. The Council is working to address necessary concerns.

Barb Felde
Alderperson District 1
Common Council President
Chairperson License Hearing & Public Safety Committee
Chairperson Board of License Examiners
Finance & Personnel Committee Member
Senior Services Commission Member
Transit Commission Member

---

**From:** Brenda Richterkessing <brenda@rkihomes.com>
**Sent:** Sunday, October 16, 2022 9:30 PM
**To:** Alderperson Amanda Salazar
**Cc:** Sorenson, Ryan; Alderperson Roberta Filicky-Peneski; Alderperson Barbara Felde
**Subject:** Feedback for the Common Council

## Good Evening Amanda:

I live in the district that you represent. So first, thank you for all that you do to support our community. It isn't always easy, but it is appreciated.

It is my understanding that Mayor Sorenson has requested feedback from the community prior to Monday's council meeting regarding the recent article that has appeared in the Sheboygan Press. I must say after reading the article, I was incredibly disappointed in the leadership of our city and how they have handled and are continuing to handle issues outlined in the article by Maya Hilty including unaddressed racial slurs in leadership meetings, retaliating against employees including the former HR Director for opposing sexual harassment of a female employee...and much more that has not come out yet. The quotes from the City Administrator, Todd Wolf, were

EXHIBIT T