| | |
|---|---|
| From: | ML Donohue <mldonohue@live.com> |
| Sent: | Friday, October 28, 2022 10:47 AM |
| To: | Alderperson Barbara Felde; Roberta.Filicky-Peneski@sheboyganwi.gov; amanda.salazar@sheboyganwi.gov; betty.ackley@sheboyganwi.gov; Angela.Ramey@sheboyganwi.gov; dean.dekker@sheboyganwi.gov; grazia.perrella@sheboyganwi.gov; zach.rust@sheboyganwi.gov; trey.mitchell@sheboyganwi.gov; joe.heidemann@sheboyganwi.gov |
| Cc: | Mayor Ryan Sorenson; Maeve Quinn; Kyle Whelton; Kristin Stearns; Noah Bartelt; Rebecca Clarke; tricia.erpelding@gmail.com; Melissa Prentice; Laster, Santino; Nancy Maring; abbyeblockcnp@gmail.com; Amanda Salazar; ryan.sorenson@sheboyganwi.gov; Dominique Lee |
| Subject: | Diversity, Equity and Inclusion Issues in the city |
| Attachments: | SJE RFP (2).docx |

Dear alders:

I am the chair of the Sheboygan Justice Equity group that previously submitted a draft Request for Proposal to city leadership that aims to research, identify, and strategize on a process to bring a diverse, equitable and inclusive structure to city government.

As the Human Resources department could not engage, at the time, in a review of the RFP proposal, the proposal has not advanced. However, with a renewed interest in hiring an HR department head, this would be an excellent opportunity for the job search/interview process to include consideration of this proposal.

The RFP was drafted some months ago. While all of the included information may not be precisely up to date, the basic outline, with associated goals and processes, is still extremely timely.

I would ask that you review the document, and get back to me with any questions or observations you may have.

Thank you for your consideration.

Mary Lynne


Mary Lynne Donohue
█████-1027

EXHIBIT

Y