| **From:** | Wolf |
| --- | --- |
| **Sent:** | Monday, November 07, 2022 2:59 PM |
| **To:** | Alderperson Amanda Salazar; Alderperson Angela Ramey; Alderperson Barbara Felde; Alderperson Betty Ackley; Alderperson Dean Dekker; Alderperson Grazia Perrella; Alderperson Joe Heidemann; Alderperson Roberta Filicky-Peneski; Alderperson Trey Mitchell; Alderperson Zach Rust |
| **Subject:** | Confidential: Extremely Urgent Notice and information report to Sheboygan Common Council. |
| **Attachments:** | Todd Wolf July 2020 through November 2022 Accomplishments.pdf; Confidential Report and Letter to Common Council_CA WOLF_11-7-22.pdf |

Dear Members of the Sheboygan Common Council,

Please read the attached communication from me today prior to Council meeting tonight.

Thank you so kindly for your time and consideration of this communication.

Todd Wolf
City Administrator
City of Sheboygan
(920) 459-3315 work
(920) 226-1698 cell

Todd.Wolf@sheboyganwi.gov
www.sheboyganwi.gov
(He/Him/His)



EXHIBIT

Z

exhibitsticker.com