

City of
Sheboygan
spirit on the lake.

November 7, 2022

Mr. Todd Wolf
███ Columbus Avenue
Sheboygan, WI 53081

Dear Administrator Wolf,

I am writing at the instruction of the Common Council. As you are aware, the Common Council voted to place you on immediate, paid administrative leave pending an investigation into your conduct. You are expected to cooperate with the investigation.

Henceforth, you are not authorized to speak with any city employees or individuals conducting city business. This prohibition applies to all means of communication. You are not authorized to speak to the media about City matters. You are not allowed within all City facilities except upon invitation by council leadership, Mayor Sorenson or the City Attorney. You may not access City emails or computer systems. Failure to abide these restrictions will be deemed insubordination and may subject you to discipline. If you would like to retrieve any of your belongings, please contact Attorney Adams to coordinate that.

Mayor Sorenson, council leadership or the City Attorney's office may contact you in the near future regarding the investigation and related issues. Please make yourself available for those discussions.

Sincerely,

Charles Adams
CITY ATTORNEY

CCA/mmf

cc: Mayor Ryan Sorenson
Council President Barb Felde

CITY ATTORNEY'S OFFICE

CITY HALL
828 CENTER AVENUE
SUITE 210
SHEBOYGAN, WI 53081

920/459-3917
FAX 920/459-3919

www.sheboyganwi.gov

COPY

EXHIBIT
AA