# Jen DeMaster

**From:** Russ Otten <ottenruss@reagan.com>
**Sent:** Monday, November 28, 2022 12:00 PM
**Subject:** NEWS FLASH: City Administrator to Address RPSC Caucus



Fellow RPSC Members and Patriots, I am excited to announce that **City Administrator, Todd Wolf, will speak at our caucus tonight**!

As many of you may know, the Sheboygan Common Council, in closed session, put Todd on administrative leave on Monday, November 7, and launched an investigation with no specifics or charges. This came on the heels of his support of City Planner, Chad Pelishek, who was wrongly accused of using a racial slur at a department head meeting. The Leftists on the Common Council then used Todd's support of Chad as a means to make him irrelevant during the hiring of a new HR Director. In essence, the Mayor is now responsible for that hire, a crucial position that the DEIB (Diversity, Equity, Inclusion, Belonging) group, headed by the ultra-Leftist Mary Lynne Donohue, wants to control going forward.

Todd was also ordered by the Common Council to not enter City Hall. Further, he was ordered not to have contact with any City employees. **Tonight will be an opportunity to hear from Todd directly!**

So, here is the lineup for tonight's caucus:

- 6:15PM  Doors Open
- 6:30PM  Start of Caucus
- 6:35PM  Motion to increase RPSC Board from 7 to 9 positions
- 6:45PM  Todd to speak
- 7:00PM  State of the Party Address

We expect a large crowd. <u>Please be careful in parking and crossing Indiana Avenue</u>. In the wake of a tragic accident after the Christmas Parade last night, we want you all to be very safe.

See you tonight!

Russ Otten
RPSC Chair
(920)207-3894



EXHIBIT
_____
BB

1