

City of
Sheboygan
spirit on the lake.

November 28, 2022

Mr. Todd Wolf
███████ Avenue
Sheboygan, WI 53081

Dear Administrator Wolf,

On November 7, 2022, the Common Council directed me to send you a letter, a copy of which is attached, explaining that "you are not authorized to speak with any city employees or individuals conducting city business. This prohibition applies to all means of communication." You were further advised not "to speak to the media about City matters." That letter was sent to you as an employee subject to the direction of the Sheboygan Common Council.

I have been requested to remind you that if you choose to ignore or otherwise fail to abide by the restrictions set forth in that letter, your actions will be deemed to constitute insubordination and may subject you to discipline. Please be mindful of these restrictions and the possible ramifications as you consider your speaking engagement tonight at the Republican Party of Sheboygan County's annual caucus meeting, as well as any other public event where the media and/or those doing business with the City will be present.

Please direct any questions or concerns regarding this letter to your attorney.

Sincerely,

Charles Adams
CITY ATTORNEY

CCA/mmf

Enclosure

cc: Barb Felde, Council President
Roberta Filicky-Peneski, Council Vice President
Attorney Jennifer DeMaster

CITY ATTORNEY'S OFFICE
CITY HALL
828 CENTER AVENUE
SUITE 210
SHEBOYGAN, WI 53081

920/459-3917
FAX 920/459-3919

www.sheboyganwi.gov

EXHIBIT
_____ CC