

EXHIBIT DD



     

About us   Newsletters   Membership

Recent stories   Major projects   Coverage areas   News414   Audio stories   Store   Be your own watchdog

"It's very watered down and so we don't necessarily have an advocate that is fully aware of all the city issues that we have," Sorenson said. "Anecdotally, I think people feel more deflated because they're like 'Well it's gerrymandered, so what are we going to do anyway?'"

Gerrymandering refers to the centuries-old practice of lawmakers redrawing legislative boundaries after each U.S. Census to advantage themselves and their own party and disadvantage the other side. Both Republicans and Democrats do it, although some states have assigned the task of mapmaking to nonpartisan commissions.

After the 2011 redistricting, in which Republicans controlled the Legislature and governor's office, the Wisconsin Assembly maps became the most skewed toward Republicans in the country over the next five

