| | |
|---|---|
| **From:** | Hilty, Maya <MHilty@sheboygan.gannett.com> |
| **Sent:** | Friday, December 02, 2022 10:28 AM |
| **To:** | Jen DeMaster |
| **Cc:** | Reid, Brandon; Treinen, Mark |
| **Subject:** | Re: Sheboygan Press records request |
| **Attachments:** | Press request Todd emails to council Nov 7.zip |

Hi Attorney DeMaster,

I am forwarding the email response to my public records request instead of screenshotting it.

Best,
**Maya Hilty**
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty

---

**From:** DeBruin, Meredith <Meredith.DeBruin@sheboyganwi.gov>
**Sent:** Wednesday, November 9, 2022 11:11 AM
**To:** Hilty, Maya <MHilty@sheboygan.gannett.com>
**Subject:** FW: Sheboygan Press records request

Good morning Maya,

Please see attached.

Have a good day and thank you!
Meredith

### Meredith DeBruin
City Clerk
City of Sheboygan
828 Center Ave
Sheboygan, WI  53081
(920) 459-3364
meredith.debruin@sheboyganwi.gov



EXHIBIT

EE

NOTICE:  This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient,

1

you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.

**Re: Sheboygan Press records request**

Hilty, Maya <MHilty@sheboygan.gannett.com>
To: Jen DeMaster
Cc: Reid, Brandon; Treinen, Mark

Fri 12/2/2022 10:28 AM

If there are problems with how this message is displayed, click here to view it in a web browser.

📎 Press request Todd emails to council Nov 7.zip
3 MB

I am forwarding the email response to my public records request instead of screenshotting it.

Best,
**Maya Hilty**
Reporter | USA Today Network
Phone: 920-400-7485
Twitter: @maya_hilty

---

**From:** DeBruin, Meredith <Meredith.DeBruin@sheboyganwi.gov>
**Sent:** Wednesday, November 9, 2022 11:11 AM
**To:** Hilty, Maya <MHilty@sheboygan.gannett.com>
**Subject:** FW: Sheboygan Press records request

Good morning Maya,

Please see attached.

Have a good day and thank you!
Meredith

*Meredith DeBruin*
City Clerk
City of Sheboygan
828 Center Ave
Sheboygan, WI 58081
(920) 459-8864
meredith.debruin@sheboyganwi.gov



NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.