# Personnel Records Release Authorization

I, Todd Wolf, residing at ▮ Columbus Ave, Sheboygan, Wisconsin, 53081, pursuant to Wis. Stat. § 103.13, hereby authorize City of Sheboygan to disclose all of my employee records including but not limited to, my full and complete, unedited personnel file, medical records, documents concerning compensation, attendance, termination, discipline, transfer, promotion, any and all records that concern allegations or personnel matters involving me, documents and records discussed related to me in Common Council closed sessions as well as all documents or information created or maintained by outside counsel retained by the City to represent me and who met with me, and any or all other records encompassed by the statute to Jennifer DeMaster, Attorney at Law, 361 Falls Rd #610, Grafton, WI 53024, via PDF, copy or email to attorney@jenniferdemaster.com. This request includes all documents created, maintained, or utilized for making decisions regarding my employment including but not limited to, all documents maintained pursuant to Wis. Stat. § 104.09 and any handwritten or typed notes or oral statements taken in Common Council closed session regarding my employment, my performance, or any other matters related to my employment with the City of Sheboygan as City Administrator. I also hereby revoke all "confidential titling" and allow for any and all letters that I provided to members of the Common Council via email attachment related to my position and city affairs, including the email and attachments that I sent to all Council members on November 7, 2022 at approximately 3:00 PM.

Date: November 9, 2022

_____
Todd Wolf

EXHIBIT
FF