| | |
|---|---|
| **From:** | Attorney Jennifer DeMaster |
| **Sent:** | Wednesday, November 30, 2022 12:23 PM |
| **To:** | DeBruin, Meredith; Adams, Charles |
| **Subject:** | OPEN RECORDS REQUEST 11-30-22 (2) - PRIORITY |

Pursuant to Wisconsin's Open Records laws, including but not limited to Wis. Stat. 19.356(2)(a)(1) and (b), and as I am the legal representative for Todd Wolf as pertaining to the City's investigation into Mr. Wolf as announced via motion on November 7, 2022, I am requesting the following records be given PRIORITY in submission to me:

1. Any and all letters in full from Mayor Ryan Sorenson to any City of Sheboygan employee between November 7, 2022 - November 30, 2022 that describe, discuss, or explain the investigation into Todd Wolf including the identity of the investigator, topics and interviews to be covered, and subjects involved within this investigation.
2. All open records requests and the City's responsive submissions from Maya Hilty to the City of Sheboygan related to Todd Wolf or any records from the City involving Todd Wolf between November 7, 2022 - November 30, 2022.

This request is made pursuant to my representation of Todd Wolf City Administrator.  All responsive records to this request shall be kept confidential as related to, and during the course of, the City's investigation into Todd Wolf until the duration of said investigation unless the City otherwise provides any specifications related to the confidentiality of such responsive records.

Sincerely,

# Jennifer Tavares DeMaster, Esq.
*Attorney at Law: Specializing in Federal Litigation, Constitutional Law & Civil Defense*

361 Falls Rd #610
Grafton, WI 53024
Email: attorney@jenniferdemaster.com
Direct:  920.207.2071

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

EXHIBIT

GG

exhibitsticker.com