# Attorney Jennifer DeMaster

| | |
|---|---|
| **From:** | Adams, Charles <Charles.Adams@sheboyganwi.gov> |
| **Sent:** | Wednesday, December 7, 2022 8:55 AM |
| **To:** | Attorney Jennifer DeMaster; 'James R. Macy' |
| **Subject:** | RE: Thank you and quick follow up |
| **Attachments:** | Wolf Communications With Hilty.zip |

The concerns of the council were related what he said in a verbal interview (or possibly more than one interview.) That said, I did do a quick search and found that he did have some written communication with her and I am providing that to you in case it is of any help.

Chuck


Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Tuesday, December 6, 2022 8:18 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Thank you and quick follow up

Dear Attorneys Macy and Adams,

I wanted to thank you very much for meeting with me today and taking the time to go over Mr. Wolf's current situation. I know we covered a lot of area in a little amount of time, but I failed to ask for one thing.

Attorney Adams, in reference to the allegations you made about how Mr. Wolf spoke to the Sheboygan Press in a letter to Maya Hilty, I have a meeting with Todd tomorrow to give him the options you both laid out, but I'd like to have this letter that you stated Todd wrote to Maya/Sheb Press, so I can discuss that with him.

Would you be able to provide that letter to me as soon as possible before I meet with Mr. Wolf?

Thank you again.


Sincerely,

**Jennifer Tavares DeMaster, Esq.**

1

Attorney at Law
316 Falls Street, #610
Grafton, WI 53024
[attorney@jenniferdemaster.com](mailto:attorney@jenniferdemaster.com)
920.207.2071

```
This message, including attachments, is confidential and may contain information protected by the attorney-client
privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the
contents of this message are prohibited. If you have received this email in error, please destroy it and notify me
immediately.
```

---

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.