**Jen DeMaster**

| | |
|---|---|
| **From:** | Jill Pedigo Hall <jill.hall@vonbriesen.com> |
| **Sent:** | Friday, December 16, 2022 1:33 PM |
| **To:** | Jen DeMaster |
| **Subject:** | RE: Interview |

Thank you.  I can confirm this will be a private zoom meeting between myself and Mr. Wolf only.  A zoom invitation will be sent today to the email address below.

Have a good weekend,

Jill Hall

**Jill Pedigo Hall | von Briesen & Roper, s.c.**
Direct: 608-661-3966 | Jill.Hall@vonbriesen.com

EXHIBIT

JJ

exhibitsticker.com