# Jen DeMaster

| | |
|---|---|
| **From:** | Adams, Charles <Charles.Adams@sheboyganwi.gov> |
| **Sent:** | Tuesday, December 20, 2022 8:43 AM |
| **To:** | 'wolfenterprisesynergy@gmail.com'; Attorney Jennifer DeMaster |
| **Cc:** | Majerus, Liz; 'Jill Pedigo Hall' |
| **Subject:** | Directives letter |
| **Attachments:** | Letter to TW - Notice of Investigation, Directives.PDF |

Dear Todd:

Attached please find a directives letter I am sending on behalf of the common council related to the investigation being carried out by Attorney Jill Hall. I understand you are meeting with her today. Please review the letter carefully in preparation for your meeting with her. Similar letters were sent to the other City employees who are being interviewed in the course of the investigation.

I hope all is well.

Chuck Adams


Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

---

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.



EXHIBIT
KK



City of
Sheboygan
spirit on the lake.

December 19, 2022

**FOR INTERNAL DISSEMINATION ONLY BY
CITY ATTORNEY ON BEHALF OF THE COMMON COUNCIL**

Re:   Notice of Investigation and Need to Cooperate, and Directives

Dear Administrator Wolf,

The Common Council has requested I send you this letter. It is being presented to you as part of an administrative investigation conducted by the City of Sheboygan into your communications, conduct and leadership and certain allegations of inappropriate and illegal conduct made by you. The goal of this investigation is to obtain complete, objective, and impartial findings related to certain allegations that have been made. To that end, and because the it is priority to have a respectful, productive workplace culture in the City, we have hired an outside attorney experienced in conducting investigations, Jill Pedigo Hall, to carry out this process. In order to ensure a fair and objective investigation, you are directed to fully cooperate with Attorney Hall in this investigation, including to follow the directives set forth in this memo. It is my understanding that you will be participating in a Zoom interview today.

You should regard these directives as essential job duties. Please keep in mind the fundamental expectations of your position, including the responsibility that you treat all persons with professional respect, dignity, and with full regard for the consequences of your behavior as a City employee. Fulfilling that expectation is essential during this time and is appreciated and valued.
Your duty to cooperate with this inquiry requires, but is not limited to, your compliance with the following specific directives.

- **Confidentiality**: You are directed to keep confidential the existence and content of this letter and this inquiry, and your discussion with Attorney Hall regarding any aspect of the inquiry. You may not share such information with any other persons, unless a lawful reason affirmatively permits or requires you to disclose such information. For example, if you have a legal right to a representative as a function of your position within the City, then you may disclose certain information to that representative. However, you will be required to provide notice to Attorney Hall that you intend to make such disclosure prior to doing so and provide the reason for the disclosure.

  The purpose of this confidentiality instruction is to safeguard the welfare and privacy of all individuals involved. Maintaining required confidentiality will also fulfill the following necessary aspects of this investigation:
  o   Compliance with City policy.

CITY ATTORNEY'S OFFICE

CITY HALL
828 CENTER AVENUE
SUITE 210
SHEBOYGAN, WI  53081

920/459-3917
FAX 920/459-3919

www.sheboyganwi.gov

- o Preservation of any privileges necessary for the City to protect its interests pursuant to this inquiry.
- o Protection of individuals involved and participating in this matter from retaliatory, intimidating or harassing conduct.
- o Preservation of the integrity and effectiveness of the inquiry.
- o Your protection as a participant in this inquiry and to protect the City and you as City Administrator.

Your obligation to keep the above-stated information confidential exists until you are formally and expressly relieved of this direction by me.

- **Truthfulness**: You are directed to answer all questions posed to you by the Attorney Hall truthfully and completely. This directive to answer questions truthfully, completely, and with forthrightness is essential for purposes of the effectiveness of this inquiry. Your failure to do so may be treated as insubordination and the City may draw adverse inferences based on your failure to comply with this order.

- **No Retaliation**: You are prohibited from engaging in any retaliatory, intimidating, or harassing conduct against any person who participates in this inquiry. In turn, the City will not tolerate retaliatory conduct directed at you for your participation in this inquiry. This instruction is essential and your complete compliance is necessary. The City will not tolerate retaliatory conduct, including but not limited to backhanded comments, cold-shouldering, undermining, and other disrespectful behavior that has no place among professionals. In the event that you become aware of any retaliatory, intimidating, or harassing conduct against any participant in this inquiry, please notify the attorney interviewer and me immediately.

- **Requests for Information**: In the event you are asked to provide records, then we ask for your cooperation. If you object, then please apprise the interviewer of the reasons for your objection. Those objections will then be considered. If a lawful basis exists for the City to obtain these records, then you will be expected to comply with a directive to provide such records. Under no circumstances are you permitted to modify, alter, delete, or destroy any records related to your employment, any official or unofficial City business, or any records germane to this matter including, but not limited to, electronic records, such as text messages, email messages, social media posts and other messaging.

This inquiry is designed to get to the truth. It is vital that no City employee engages in any conduct in contravention of these directives. Our goal is to gain an understanding of the factual basis behind concerns expressed regarding your communications and conduct and also to determine whether there is factual support for the allegations, so that we can resolve any legitimate concerns and create a more productive and positive work environment. Thank you for assisting in this process.

If you have any questions regarding these directives, then please immediately forward those questions to me. The directives are effective immediately.

Sincerely,

Charles Adams
City Attorney

cc: Jill Pedigo Hall, von Briesen & Roper, s.c. via email
    Liz Majerus, Assistant City Attorney