# CITY OF SHEBOYGAN

# NINETEENTH REGULAR COMMON COUNCIL MEETING MINUTES

## Wednesday, January 04, 2023

**OPENING OF MEETING**

1. **Roll Call**
   Alderpersons Present: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust, and Salazar – 10.

   EXHIBIT
   _____
   MM

2. **Pledge of Allegiance**

3. **Approval of Minutes**

   MOTION TO APPROVE THE MINUTES FROM THE EIGHTEENTH REGULAR COUNCIL MEETING HELD ON DECEMBER 19, 2022
   Motion made by Felde, Seconded by Filicky-Peneski.
   Voting Yea: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust, Salazar – 10.

4. **Mayoral Appointments**
   Adam Westbrook to be appointed as Director of Human Resources and Labor Relations for the City of Sheboygan – Lays over.

5. **Mayoral Appointments**
   David Gladis to the Sustainability Task Force – Lays over.

6. **Public Forum**
   Limit of five people having five minutes each with comments limited to items on this agenda. No one spoke.

7. **Mayor's Announcements**
   Upcoming Community Events, Proclamations, Employee Recognitions

**CONSENT**

8. **Motion to Receive and File all R.O.'s, Receive all R.C.'s and Adopt all Resolutions and Ordinances**

   Motion made by Felde, Seconded by Filicky-Peneski.
   Voting Yea: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust, Salazar – 10.

9. R. C. No. 155-22-23 by Finance and Personnel Committee to whom was referred Res. No. 111-22-23 by Alderpersons Mitchell and Filicky-Peneski authorizing the appropriate City officials to execute Application for Group Flexible Purchase Payment Deferred Fixed Indexed Annuity Contract (Non-Participating) with Nationwide; recommends adopting the Resolution.

   MOTION TO RECEIVE THE R. C. AND ADOPT THE RESOLUTION
   Motion made by Felde, Seconded by Filicky-Peneski.
   Voting Yea: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey,

Rust, Salazar - 10.

**RESOLUTIONS**

10. Res. No. 116-22-23 by Alderpersons Felde and Filicky-Peneski authorizing the appropriate City officials to enter into a Consent to Assignment by and between the City of Sheboygan, Healics Clinics, Inc. and SolidaritUS Health Inc. and also an Amended and Restated Services Agreement with SolidaritUS Health Inc. regarding the provision of an employer health clinic.

    MOTION TO SUSPEND THE RULES AND ADOPT THE RESOLUTION
    Motion made by  Felde, Seconded by  Filicky-Peneski.
    Voting Yea: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust,  Salazar – 10.

11. Res. No. 118-22-23 by Alderpersons Mitchell and Filicky-Peneski authorizing the appropriate City officials to execute a Memorandum of Understanding with the Sheboygan Professional Police Officers' Supervisory Association. REFER TO FINANCE AND PERSONNEL COMMITTEE

12. Res. No. 117-22-23 by Alderpersons Dekker and Rust authorizing the appropriate City officials to enter into a contract with Dorner, Inc. for the construction of the Broadway Reconstruction project. REFER TO PUBLIC WORKS COMMITTEE

13. Res. No. 119-22-23 by Alderpersons Felde and Ackley authorizing the appropriate City officials to accept and expend funds received from the Wisconsin Department of Justice as part of the Byrne Memorial Justice Assistance Grant (JAG) Program. REFER TO LICENSING, HEARINGS, AND PUBLIC SAFETY COMMITTEE

**REPORT OF COMMITTEES**

14. R. C. No. 156-22-23 by Finance and Personnel Committee to whom was referred Res. No. 110-22-23 by Alderpersons Mitchell and Filicky-Peneski authorizing retaining outside legal counsel to represent the City regarding Grievance #22-02 filed by International Association of Firefighters Local 483, and authorizing payment for said services; recommends amending the Resolution to limit spending authorization to $7,000.00.

    MOTION TO RECEIVE THE R. C. AND ADOPT THE SUBSTITUTE RESOLUTION
    Motion made by  Mitchell, Seconded by  Filicky-Peneski.
    Before action was taken,
    City Attorney Chuck Adams spoke about the amendment.
    Alderperson Mitchell withdrew his original motion and made a motion to adopt the Resolution as it was originally submitted.
    Motion made by Mitchell, Seconded by Filicky-Peneski.
    Voting Yea: Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust,  Salazar – 10.

**OTHER MATTERS AUTHORIZED BY LAW**
None

**CLOSED SESSION**

15. MOTION TO CONVENE IN CLOSED SESSION pursuant to Wis. Stat. s. 19.85(1)(e) for deliberating or negotiating the purchase of public properties, to wit: the purchase of property for right-of-way purposes

adjacent to the SouthPointe Enterprise Campus, where competitive or bargaining reasons require a closed session; AND pursuant to Wis. Stat. s. 19.85(1)(f) for consideration of personnel problems which, if discussed in public, would be likely to have a substantial adverse effect upon the reputation of the person involved in such problems or investigations, AND under the exemption provided in Wis. Stat. s. 19.85(1)(g) for conferring with legal counsel for the City who is expected to render oral advice concerning strategy to be adopted by the City with respect to litigation in which it is likely to become involved.

> Motion made by  Felde, Seconded by  Filicky-Peneski.
> Voting Yea: Ackley,  Dekker,  Felde,  Filicky-Peneski,  Heidemann,  Mitchell,  Perrella,  Ramey,  Rust,  Salazar – 10.

## ADJOURN MEETING

16. Motion to Adjourn

> MOTION TO ADJOURN IN CLOSED SESSION AT 9:06 PM
> Motion made by  Ackley, Seconded by  Filicky-Peneski
> Voting Yea: Ackley,  Dekker,  Felde,  Filicky-Peneski,  Heidemann,  Mitchell,  Perrella,  Ramey,  Rust,  Salazar – 10.