

# THIRD SPECIAL COMMON COUNCIL MEETING AGENDA

## January 09, 2023 at 5:15 PM or Immediately following the Finance and Personnel Committee Meeting

**City Hall, 3rd Floor - Council Chambers, 828 Center Avenue, Sheboygan, WI**

**This meeting may be viewed LIVE on Charter Spectrum Channel 990, AT&T U-Verse Channel 99 and: www.wscssheboygan.com/vod.**

Notice of the 3rd Special Meeting of the 2022-2023 Common Council at 5:15 PM or Immediately following the Finance and Personnel Committee meeting, MONDAY, January 9, 2023 in City Hall, 3rd Floor - Council Chambers, 828 Center Avenue, Sheboygan, WI. Persons with disabilities who need accommodations to attend the meeting should contact Meredith DeBruin at the City Clerk's Office, 828 Center Avenue, (920) 459-3361.

Members of the public who wish to participate in public forum remotely shall provide notice to the City Clerk at (920) 459-3361 at least 24 hours before the meeting so that the person may be provided a remote link for that purpose.

### OPENING OF MEETING

1. **Roll Call**
   *Alderpersons Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust, and Salazar may attend the meeting remotely.*

2. **Pledge of Allegiance**

3. **Public Forum**
   *Limit of five people having five minutes each with comments limited to items on this agenda.*

### RESOLUTIONS

4. Res. No. 120-22-23 by Alderpersons Felde and Filicky-Peneski terminating Todd Wolf as City Administrator pursuant to Paragraph 12(a) of his Employment Agreement with the City and authorizing the payment of severance pursuant to Paragraph 13 of said Employment Agreement.

### ADJOURN MEETING

5. Motion to Adjourn

*In compliance with Wisconsin's Open Meetings Law, this agenda was posted in the following locations more than 24 hours prior to the time of the meeting:*

*City Hall • Mead Public Library*
*Sheboygan County Administration Building • City's website*



EXHIBIT

NN