3:30

Active 26m ago

So I just got done talking to Felde. Big surprise she couldn't tell me without cause means but it did come out that if charged without cause their lawyer feels that Todd has no chance of defending his legal grounds for dismissal. Felde and the common council are totally pissed that Todd has someone speaking for him and they are not allowed to defend what was said!!! I told her that city and county administrators should be elected and not selected so that the public had a right to hear what was going on. That their way of handling this without transparency is so wrong.



Created with Scanner Pro

EXHIBIT
OO



> When he went to the Republican party and had his lawyer speak for him....they really got upset.

Created with Scanner Pro