

# FIFTEENTH REGULAR COMMON COUNCIL MEETING AGENDA

## November 07, 2022 at 6:00 PM

### City Hall, 3rd Floor - Council Chambers, 828 Center Avenue, Sheboygan, WI

**"It's the little details that are vital. Little things make big things happen" - John Wooden**

**This meeting may be viewed LIVE on Charter Spectrum Channel 990, AT&T U-Verse Channel 99 and: www.wscssheboygan.com/vod.**

Notice of the 15th Regular Meeting of the 2022-2023 Common Council at 6:00 PM, MONDAY, November 7, 2022 in City Hall, 3rd Floor - Council Chambers, 828 Center Avenue, Sheboygan, WI. Persons with disabilities who need accommodations to attend the meeting should contact Meredith DeBruin at the City Clerk's Office, 828 Center Avenue, (920) 459-3361.

Members of the public who wish to participate in public forum remotely shall provide notice to the City Clerk at (920) 459-3361 at least 24 hours before the meeting so that the person may be provided a remote link for that purpose.

**OPENING OF MEETING**

1.  **Roll Call**
    *Alderpersons Ackley, Dekker, Felde, Filicky-Peneski, Heidemann, Mitchell, Perrella, Ramey, Rust, and Salazar may attend the meeting remotely.*

2.  **Pledge of Allegiance**

3.  **Approval of Minutes**
    *Fourteenth Regular Council Meeting held on October 17, 2022 and Second Special Council Meeting held on October 24, 2022*

4.  **Mayoral Appointments**
    *Jennifer Born Rutten, Jeanne Kliejunas, Chris Kuehnel, and William Campos to the Sustainability Task Force*

5.  **Resignation**
    *Dave Sachse from the Redevelopment Authority*

6.  **Public Forum**
    *Limit of five people having five minutes each with comments limited to items on this agenda.*

7.  **Mayor's Announcements**
    *Upcoming Community Events, Proclamations, Employee Recognitions*

**CONSENT**

8.  **Motion to Receive and File all R.O.'s, Receive all R.C.'s and Adopt all Resolutions and Ordinances**

EXHIBIT

___RR___

exhibitsticker.com

1

9. R. O. No. 78-22-23 by Board of Water Commissioners submitting a copy of the 2023 Water Utility Budget for the Sheboygan Water Utility.

10. R. O. No. 77-22-23 by Board of Water Commissioners submitting the Board of Water Commissioners' Report on the Water Utility for the third quarter of 2022.

11. R. O. No. 79-22-23 by City Clerk submitting the Tax Levy Certification for the 2022-2023 School Year from the Kohler School District.

12. R. O. No. 75-22-23 by City Clerk submitting the tax levy report that supports the 2022-23 budget for the Lakeshore Technical College District and a copy of the district-wide apportionment of the tax levy based upon the 2022 fully certified values furnished by the Wisconsin Department of Revenue.

13. R. C. No. 118-22-23 by Public Works Committee to whom was referred R. O. No. 74-22-23 by City Clerk submitting a request from Zach Cotter for approval to hunt deer on a section of woods within the city limits; recommends filing the document.

## REPORT OF OFFICERS

14. R. O. No. 76-22-23 by City Clerk submitting a Summons and Complaint in the matter of Midstate Amusement Games, LLC vs. City of Sheboygan. REFER TO FINANCE AND PERSONNEL COMMITTEE

## RESOLUTIONS

15. Res. No. 85-22-23 by Alderpersons Mitchell and Filicky-Peneski authorizing submitting a Substantial Amendment to the U.S. Department of Housing and Urban Development (HUD) Community Development Block Grant (CDBG) program for the 2019-2020 Program Year related to CDBG-CV3 funds. REFER TO FINANCE AND PERSONNEL COMMITTEE

16. Res. No. 84-22-23 by Alderpersons Felde and Ackley authorizing the Chief of Police to take necessary actions to receive the 2023 Wisconsin Justice System Improvement, Beat Patrol Grant. REFER TO LICENSING, HEARINGS, AND PUBLIC SAFETY COMMITTEE

17. Res. No. 83-22-23 by Alderpersons Felde and Ackley authorizing the appropriate City officials to execute the Joint Powers Agreement for Sheboygan County and City of Sheboygan 911 Emergency Systems. REFER TO LICENSING, HEARINGS, AND PUBLIC SAFETY COMMITTEE

18. Res. No. 86-22-23 by Alderpersons Dekker and Rust authorizing the Purchasing Agent to issue a purchase order for the emergency purchase replacement of a bucket truck for the Motor Vehicle Division of the Department of Public Works, and authorizing the necessary budget adjustments to provide funding for the purchase. REFER TO PUBLIC WORKS COMMITTEE

19. Res. No. 87-22-23 by Alderpersons Dekker and Rust authorizing the appropriate City officials to enter into an Addendum No. 1 to the contract with Foth Infrastructure & Environment, LLC for design services related to the South Side Sewer (SIS) Facility Plan. REFER TO PUBLIC WORKS COMMITTEE

20. Res. No. 88-22-23 by Alderpersons Felde and Ackley authorizing the Fire Chief to accept and expend funds received from the State of Wisconsin Department of Health Services as part of the Emergency Medical Services ("EMS") Flex Grant. REFER TO LICENSING, HEARINGS, AND PUBLIC SAFETY COMMITTEE

## GENERAL ORDINANCES

21. Gen. Ord. No. 12-22-23 by Alderpersons Dekker and Rust repealing Gen. Ord. No. 42-21-22 so as to remove the two-way street designation for South 24th Street between Indiana Avenue and Georgia

Avenue and add parking on the west side of South 24th Street between Indiana Avenue and Georgia Avenue. REFER TO PUBLIC WORKS COMMITTEE

**22.** Gen. Ord. No. 13-22-23 by Alderpersons Dekker and Rust amending Sections 122-403, 122-404, and 122-405 of the Municipal Code relating to sewers and sewerage disposal so as to make changes to service charges. REFER TO PUBLIC WORKS COMMITTEE

## MATTERS LAID OVER

**23.** R. C. No. 117-22-23 by Committee of the Whole to whom was referred Res. No. 79-22-23 by Alderpersons Felde and Filicky-Peneski establishing the 2023 Budget appropriations and the 2022 Tax Levy for use during the calendar year; recommends adopting the Resolution.

## OTHER MATTERS AUTHORIZED BY LAW

## CLOSED SESSION

**24.** MOTION TO CONVENE IN CLOSED SESSION pursuant to Wis. Stat. § 19.85(1)(e) for deliberating or negotiating the investing of public funds or conducting other specified public business whenever competitive or bargaining reasons require a closed session; to wit: discussions regarding possible development incentives for affordable housing projects currently known as the former Koepsell property redevelopment and the S. 14th and Illinois Avenue projects; AND under the exemption provided in Wis. Stat. § 19.85(1)(f) for preliminary consideration of specific personnel problems which, if discussed in public, would be likely to have a substantial adverse effect upon the reputation of the person involved in such problems or investigations.

## RECONVENE IN OPEN SESSION

**25.** Reconvene in open session to act upon potential matters arising from closed session discussions.

## ADJOURN MEETING

**26.** Motion to Adjourn

*In compliance with Wisconsin's Open Meetings Law, this agenda was posted in the following locations more than 24 hours prior to the time of the meeting:*

*City Hall • Mead Public Library*
*Sheboygan County Administration Building • City's website*