IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

    Plaintiff

v.

CASE NO. 23-CV-149

CITY OF SHEBOYGAN, ET AL.,

    Defendants

## ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING

Based on the FOREGOING STIPULATION, the terms of the Stipulation are SO ORDERED.

BY THE COURT

Dated: February 21, 2023          /s/Lynn Adelman

28838784.1