UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TODD WOLF,**
        **Plaintiff,**

      v.                                          Case No. 23-C-0149

**CITY OF SHEBOYGAN, et al.,**
        **Defendants.**

---

### ORDER

The parties have consented to the exercise of jurisdiction by Magistrate Judge William E. Duffin. **THEREFORE, IT IS ORDERED** that this action is reassigned to him for all further proceedings.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2023.

                                          /s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge