# Exhibit 2



Search powered by (http://www.gcssoftware.com)
GCS

(https://treasurer.sheboygancounty.com/GCSWebPortal/Search.aspx)

# Sheboygan County Land Records Web Portal

**Sheboygan County Treasurer's Office - 459-3015**

**Legal descriptions on tax documents are abbreviated descriptions. Please refer to the original source document for the full legal description. Ten (10) years of tax bills are provided on this web portal.**

**Login for web portal only. Will not work for GIS.**

**User Name: Sheboygan**

**Password: treasurer**

| Tax Year | Prop Type | Parcel Number | Municipality | Property Address | Billing Address |
|---|---|---|---|---|---|
| 2023 ⌄ | Real Estate | 59281013040 | 281 - CITY OF SHEBOYGAN | 310 BLUFF AVE | FIRST CONGREGATIONAL CHURCH 310 BLUFF AVE SHEBOYGAN WI 53081-2872 |

| Tax Year Legend: | 💲 = owes prior year taxes | ☒ = not assessed | 💲 = not taxed | Delinquent | Current |
|---|---|---|---|---|---|

## Property Summary

| Parcel #: | 59281013040 |
|---|---|
| Alt. Parcel #: | |
| Parcel Status: | Current Description |
| Creation Date: | |
| Historical Date: | |
| Acres: | 0.000 |

## Property Addresses

| Primary ▲ | Address |
|---|---|
| ☑ | 310 BLUFF AVE |

## Owners

| Name | Status | Ownership Type | Interest |
|---|---|---|---|
| FIRST CONGREGATIONAL CHURCH | CURRENT OWNER | | |

## Parent Parcels

No Parent Parcels were found

## Child Parcels

No Child Parcels were found

## Workflow History and Messages

| | Tax Year | Last Updated | Type | Level |
|---|---|---|---|---|
| | 2017 | 9/2/2017 3:48:47 PM | GEO CODE | LOW |
| | 2017 | 9/2/2017 3:48:47 PM | MAP | LOW |
| | 2002 | 9/1/2017 3:05:10 PM | GEO CODE | LOW |
| | 2002 | 9/1/2017 3:05:10 PM | MAP | LOW |

## Abbreviated Legal Description

(See recorded documents for a complete legal description)

| SONNENBURGS RE SUBD ALL OF BLOCK 1 |
|---|

Public Land Survey - Property Descriptions

Public Land Survey - Property Descriptions

| No Property Descriptions were found |
| --- |

District

| Code ▲ | Description | Category |
| --- | --- | --- |
| | LOCAL | OTHER DISTRICT |
| | SHEBOYGAN COUNTY | OTHER DISTRICT |
| | STATE OF WISCONSIN | OTHER DISTRICT |
| 5271 | SHEBOYGAN SCHOOL | REGULAR SCHOOL |
| 1100 | LTC | TECHNICAL COLLEGE |

Associated Properties

| No Associated properties were found |
| --- |