# Exhibit 3

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Friday, November 18, 2022 3:32 PM
**To:** Jen DeMaster <Jen@jenniferdemaster.com>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Follow up re: Todd Wolf

As a follow up, Carrie Arenz (Assistant to City Administrator) will be in the office until 4:00. If I can get a description of what you want before that, I will get it while Carrie observes. You can call me on my cell (920/889-1255) to let me know if that will work, as I will need to return to City Hall to accomplish this.

Chuck

Get Outlook for Android

---

**From:** charles.adams@sheboyganwi.gov <charles.adams@sheboyganwi.gov>
**Sent:** Friday, November 18, 2022 3:23:46 PM
**To:** Jen DeMaster <Jen@jenniferdemaster.com>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Follow up re: Todd Wolf

Re: items on his computer, I do not feel comfortable going into his computer myself, so I will have to work on finding a way to access those materials with IT help. That will have to wait until next week, but I'll jump on that right away.

As to the items, I am willing to grab them while someone else is present as a witness, but am not comfortable bringing you (or anyone who does not work in that suite) in to do that. If you want to provide that map and any other details, I will gladly go back to City Hall and grab them while I am being observed by a person who works in the suite.

Thanks,

Chuck

Get Outlook for Android

---

**From:** Jen DeMaster <Jen@jenniferdemaster.com>
**Sent:** Friday, November 18, 2022 3:16:01 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Follow up re: Todd Wolf

Dear Attorney Adams,

RE: The meeting times, absolutely, weekends and evenings work for me just fine if that is more convenient for Attorney Macy or yourself. Let me know and I will work that into my schedule.

RE: The files: Thank you for your willingness to provide those. I just got done with a meeting, so it will be too late today. I can meet you at the office tomorrow if that works for you anytime. I know the location of some of the files from a map I have, but it's difficult to describe them as his personal materials are close to work files he does not need right now. It will be easier for someone to escort me to get them as its only a few things. The other files are on his desktop computer—other collegiate/educational materials in folders marked "CPM" and "MPA" (everyone in those files or folders with that label). You can provide those on a flash drive fairly easily, I'm sure.

Thank you again very much.

Sincerely,

# Jennifer Tavares DeMaster, Esq.
Attorney at Law

```
This message, including attachments, is confidential and may contain information protected by the
attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure,
copying, distribution, or use of the contents of this message are prohibited. If you have received
this email in error, please destroy it and notify me immediately.
```

---

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Friday, November 18, 2022 1:37 PM
**To:** Jen DeMaster <Jen@jenniferdemaster.com>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Follow up re: Todd Wolf

As to the meeting times, I want to make sure Jim Macy is available, so I am including him on this email so he may respond.

Presently I could meet between 1 and 3 or between 4 and 5 on Monday. On Tuesday, I could be available between 11 and 2. Wednesday I could make myself available any time after 11:30. November 28 I could make any time work except between 3 and 4 and after 5.

I noted that you gave times only during the business day, but if it helps to be more flexible we can also look at evenings and Saturdays.

Thanks,

Chuck



Charles C. Adams
City Attorney
City of Sheboygan

(920) 459-3917
charles.adams@sheboyganwi.gov

Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Jen DeMaster <Jen@jenniferdemaster.com>
**Sent:** Friday, November 18, 2022 1:02 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Follow up re: Todd Wolf

Dear Attorney Adams,

I am available the following days and times:

Monday 11/21 any time between 1pm - 5pm
Tuesday 11/22 any time between 10am - 2pm
Wednesday 11/23 any time after 11:30am.
Monday 11/28 any time.

Additionally, regarding me coming to my Client's office at the City to obtain his personal educational course materials, when may I be able to do that as soon as possible?

Finally, do you have the name and information of this outside counsel that the City has retained for this investigation into my client?

I appreciate your responses and willingness to meet. Thank you.



Sincerely,


# Jennifer Tavares DeMaster, Esq.
Attorney at Law

```
This message, including attachments, is confidential and may contain information protected by the
attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure,
copying, distribution, or use of the contents of this message are prohibited. If you have received
this email in error, please destroy it and notify me immediately.
```

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Thursday, November 17, 2022 6:21 PM
**To:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Follow up re: Todd Wolf

Good evening, Atty. DeMaster,

I have received your email below. We have engaged outside counsel to assist with this matter and I hope to be able to respond more fully once I have had the opportunity to discuss with our counsel. We do wish to meet with you; perhaps you could provide some dates and times that you expect will work for you, and I will pass those on to our counsel.

Chuck

Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

---

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Wednesday, November 16, 2022 5:38 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Follow up re: Todd Wolf

Dear Attorney Adams,

I am following up regarding our meeting to discuss the special counsel investigation of Todd Wolf.

I responded to your email last week but have not received any response.  Please let me know when we can meet to discuss the allegations against my client and the progress of the special counsel investigation as well as the opportunity to get my client's MBA educational materials and other personal items in his office.

Thank you very much.



Sincerely,


# Jennifer Tavares DeMaster, Esq.

*Attorney at Law: Specializing in Federal Litigation, Constitutional Law & Civil Defense*

361 Falls Rd #610
Grafton, WI 53024
Email: attorney@jenniferdemaster.com
Direct:  920.207.2071

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution,

or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.

**From:** Adams, Charles
**Sent:** Friday, November 18, 2022 1:33 PM
**To:** 'Jen DeMaster' <Jen@jenniferdemaster.com>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Follow up re: Todd Wolf

Atty. DeMaster:

If you can provide information from Todd as to where those materials are and what they look like, I will obtain them and we can make arrangements for you to pick them up. My office will be open this afternoon until about 4:30 (though I will be out much of that time), and I can have my paralegal provide the materials there. Or, if there is a time and place tomorrow, I am happy to hand them off to you then. Let me know.


Chuck


Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Jen DeMaster <Jen@jenniferdemaster.com>
**Sent:** Friday, November 18, 2022 1:02 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Follow up re: Todd Wolf

Dear Attorney Adams,

I am available the following days and times:

Monday 11/21 any time between 1pm - 5pm
Tuesday 11/22 any time between 10am - 2pm
Wednesday 11/23 any time after 11:30am.
Monday 11/28 any time.

Additionally, regarding me coming to my Client's office at the City to obtain his personal educational course materials, when may I be able to do that as soon as possible?

Finally, do you have the name and information of this outside counsel that the City has retained for this investigation into my client?

I appreciate your responses and willingness to meet. Thank you.

Sincerely,

# Jennifer Tavares DeMaster, Esq.
Attorney at Law

```
This message, including attachments, is confidential and may contain information protected by the
attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure,
copying, distribution, or use of the contents of this message are prohibited. If you have received
this email in error, please destroy it and notify me immediately.
```

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Thursday, November 17, 2022 6:21 PM
**To:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Follow up re: Todd Wolf

Good evening, Atty. DeMaster,

I have received your email below. We have engaged outside counsel to assist with this matter and I hope to be able to respond more fully once I have had the opportunity to discuss with our counsel. We do wish to meet with you; perhaps you could provide some dates and times that you expect will work for you, and I will pass those on to our counsel.

Chuck

Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Wednesday, November 16, 2022 5:38 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Cc:** Hoffman, Kathryn <Kathryn.Hoffman@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Follow up re: Todd Wolf

Dear Attorney Adams,

I am following up regarding our meeting to discuss the special counsel investigation of Todd Wolf.

I responded to your email last week but have not received any response.  Please let me know when we can meet to discuss the allegations against my client and the progress of the special counsel investigation as well as the opportunity to get my client's MBA educational materials and other personal items in his office.

Thank you very much.

Sincerely,

# Jennifer Tavares DeMaster, Esq.

*Attorney at Law: Specializing in Federal Litigation, Constitutional Law & Civil Defense*

361 Falls Rd #610
Grafton, WI 53024
Email: attorney@jenniferdemaster.com
Direct:  920.207.2071

```
This message, including attachments, is confidential and may contain information protected by the attorney-
client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution,
or use of the contents of this message are prohibited. If you have received this email in error, please destroy
it and notify me immediately.
```

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Thursday, December 1, 2022 1:48 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Following Up Regarding Meeting

Thanks Chuck. I'm glad the IT department was able to remotely access Todd's computer to grab those folders. Let's plan to exchange the flash drive on Tuesday at the meeting. Todd said he should be OK until then. Do you and Attorney Macy have a time in mind for our meeting on Tuesday?

Thank you.

Jennifer

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Thursday, December 1, 2022 10:07 AM
**To:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Following Up Regarding Meeting

I have a flash drive with Todd's files on them. Would you like to pick them up? We could exchange when we meet (see prior email), or we can arrange another pickup date and time. I can even arrange to meet Todd somewhere if that is OK with you and him and we can find an appropriate time (today the only remaining firm commitment I have is a meeting at 11:30 a.m.) Just let me know.

Chuck Adams



Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov



Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Adams, Charles
**Sent:** Wednesday, November 30, 2022 10:21 AM
**To:** 'Attorney Jennifer DeMaster' <Attorney@jenniferdemaster.com>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Following Up Regarding Meeting

Atty. DeMaster—

If you can provide me some detail as to where on Todd's computer his class files are, I have confirmed with our IT Director that we should be able to get them and either put them on a jump drive or send them to his personal email

address or to you, assuming they are either on his local drive (C: drive) or his home drive (H: drive).  Let me know and, I will have the IT Director (or his designee after today) pull them up for him.

Chuck Adams


Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

---

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Tuesday, November 22, 2022 5:52 PM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Re: Following Up Regarding Meeting

Dear City Attorney Adams,

Thank you for your response. I understand the holiday week can be rather difficult to arrange times.  As you are aware, only a vague reference to "my client's conduct" was publicly questioned as the subject of this so-called "investigation" on November 7 without any details or facts as to what those allegations were/are.

As of today, November 22, neither I nor my client has been provided with any details of the allegations that have been raised against him. Despite the non-binding nature of the police-served "letter" ordering my client to not speak to anyone at 11:30pm on November 7 without due consideration; my client has still remained non-communicative and compliant to up this point—despite having no knowledge of what is being alleged against him by the City or what measures the City is taking in my client's absence that may affect his job or day-to-day city operations upon his return—specifically if those measures are being enacted outside of proper channels or the public notice required.

Besides my client's prior reported concerns related to discriminatory policies and political favors with public monies, my client has had a stellar and impeccable performance history for the city, so you can understand the concerns we have about why my client was suspended in the first place and how his suspension/terms have been addressed.  You stated that an investigator has now been retained but is not Attorney Macy; yet the City has failed to provide any facts or details to my client related to the subject matter of the investigation into him.

At this time, while my client does need his college course materials on his computer, we are going to delay needing any further documents until we receive more information on the subject matter of this investigation or what the charges, claims, or accusations related to my client's alleged "conduct" are.  Accusations for which he has been given no due process in any way in efforts to constructively remove him or his position without cause or public notice.

Perhaps details related to the factual allegations against my client would help ease these concerns—since he remains suspended and restricted in his movement and communications following the egregious public motion related to his alleged (vague) "conduct."

**From:** Adams, Charles <Charles.Adams@sheboyganwi.gov>
**Sent:** Tuesday, November 22, 2022 12:46 PM
**To:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** RE: Following Up Regarding Meeting

Good afternoon, Atty. DeMaster--

Because of the holidays, I don't think such a meeting will occur until next week.

However, it is my understanding that our investigator will be in touch with you in due course. Attorney Macy and I are not involved in the investigation; however, we do wish to meet with you regarding other issues surrounding Mr. Wolf's present leave status.

I assume you have not yet retrieved keys from Mr. Wolf so that we can retrieve the items he is requesting from the Administrator's office. Let me know when I can get those from you. As to obtaining computer files related to his classwork, only junior IT staff is on duty this week and I wish to work through the department head, which I will do upon his return on Monday.

Thanks,

Chuck Adams



Charles C. Adams
City Attorney
City of Sheboygan
(920) 459-3917
charles.adams@sheboyganwi.gov


Local government is the foundation of democracy, if it fails, democracy will fail--Robert W. Flack

**From:** Attorney Jennifer DeMaster <Attorney@jenniferdemaster.com>
**Sent:** Tuesday, November 22, 2022 10:31 AM
**To:** Adams, Charles <Charles.Adams@sheboyganwi.gov>; 'James R. Macy' <james.macy@vonbriesen.com>
**Subject:** Following Up Regarding Meeting

Dear Attorneys Macy and Adams,

I hope you had a nice weekend. I'm just following up on establishing a time to meet. At this time, neither I nor my client have received any information related to the alleged "charges" against him that are the subject of this investigation, and we have reason to believe that the City and the Mayor are quickly moving forward with hiring and filling positions during my client's absence—a role that is within my client's job purview for the benefit of the City.

Specifically, the position of "HR Director" being quickly filled outside of City policy without input from the City Administrator is of grave concern given the important role that the HR Director will hold over current employees, future employees, and my client's performance and job/personnel records. Are there other positions the Mayor/City are quickly attempting to fill in my client's absence in addition to the HR Director position? Will my client be provided with full background or connections to the potential employees that are being hired in his absence despite that role being within his purview?

I am unsurprised by the Council's desire in attempting to quickly sidestep the proper hiring protocol but my client has a right to be concerned given that his return to new employees or directors that he was denied involvement in hiring will certainly lead him to additional conflict with Council based on political motivations—all of which my client seeks to avoid.

Finally, the HR Director position was specifically referenced in my client's November 7 email to Council and his concerns related to certain politically-aligned groups or persons having a say in that position for financial or political reasons—including threats and follow-up meetings with the Mayor and certain Council members. My client was bound under multiple laws to report such efforts within his role as City Administrator and refuse such prospective actions despite the pressures he faced to pay money or hire such persons without proper qualifications or oversight. If the City is using my client's absence to quickly engage in these political partnerships and hiring decisions, this leaves a substantial issue for us.

I was hoping that we would be able to meet to discuss the "allegations" against my client that led to the motion on November 7 and my client's immediate suspension before the Council commenced continuing with any politically motivated efforts. As you are aware, neither the motion nor any communication to my client nor myself have provided us a single detail, fact, or allegation against my client; and my client has now been deprived of his rights to a hearing nor any performance-related explanation prior to his sudden, immediate, and inexplicable suspension from his position.

Please let me know if there have been any updates, and if I will be permitted to meet with you on behalf of my client to understand the facts of this alleged investigation against him that was announced publicly via Council motion on November 7.

Sincerely,

## Jennifer Tavares DeMaster, Esq.

*Attorney at Law: Specializing in Federal Litigation, Constitutional Law & Civil Defense*

361 Falls Rd #610
Grafton, WI 53024
Email: attorney@jenniferdemaster.com
Direct: 920.207.2071

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.