# Exhibit 4

Friday, Nov 18 • 3:39 PM

Texting with Atty. Jennifer (SMS/MMS)

> Description - ONLY notepads with handwritten notes on them. All the notepads only in 1 drawer. When standing at desk, the notepads are in a top "narrow" drawer to the left.

3:39 PM

> Could I meet you outside city hall ? I can be there in 25



Text message

3:39 PM

**A:** Could I meet you outside city hall ? I can be there in 25 min so you can get back home.

**Me:** Todd has all his drawers and cabinets locked. Do you know where the keys are?

**A:** I do not. There's not a spare?

**A:** I'll ask him.

We don't know

Text message

**A:** should be fine.

**Me:** OK, I'll be in touch on Monday.

**A:** Perfect. I'm so sorry about this. I was not aware of a key issue. Look forward to hearing from you Monday and have a great weekend.

Tuesday, Dec 6 • 12:57 PM

**A:** Hi attorney Adams, it's Jennifer DeMaster. I got stuck in a meeting & am running about 10


**Atty. Jennifer ...**

> Perfect. I'm so sorry about this. I was not aware of a key issue. Look forward to hearing from you Monday and have a great weekend.

Tuesday, Dec 6 • 12:57 PM

> Hi attorney Adams, it's Jennifer DeMaster. I got stuck in a meeting & am running about 10 minutes late but I'm on my way.

12:57 PM