IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

    Plaintiff,

v.                                                                              Case No. 23-CV-149

CITY OF SHEBOYGAN, ET AL.,

    Defendants.

## MOTION TO DISMISS COMPLAINT

Defendant Jill Pedigo Hall, pursuant to Fed. R. Civ. P. 8 and 20 or, in the alternative, Fed. R. Civ. P. 12(b)(6), moves to dismiss the complaint of the Plaintiff Todd Wolf against her. The motion is based on the vomplaint and the accompanying brief.

Dated this 31st day of March, 2023.

                                                                  VON BRIESEN & ROPER, S.C.

                                                                   By: *s/ Joseph M. Russell*
                                                                        Joseph M. Russell, SBN 1092211
                                                                        411 E. Wisconsin Ave., Suite 1000
                                                                        Milwaukee, WI 53202
                                                                        P: 414-287-1400
                                                                        F: 414-276-6281
                                                                        E: joseph.russell@vonbriesen.com