# Chapter 82 PERSONNEL REGULATIONS AND BENEFITS[1]

## *ARTICLE I. IN GENERAL*

### Sec. 82-3. False statements, reports.

No persons shall make any false statement or report with regard to any test, certification or appointment made under any provisions of this chapter or in any manner commit or attempt to commit any fraud preventing the impartial execution of this chapter and policies.

( Ord. No. 42-19-20, § 1, 3-2-20 )

### Sec. 82-4. Bribery.

No person shall directly or indirectly give, render, pay, offer, solicit or accept any money, service or valuable consideration for any appointment, proposed appointment, promotion or proposed promotion to, or any advantage in, a position in the city service.

( Ord. No. 42-19-20, § 1, 3-2-20 )

### Sec. 82-5. Political activities.

(a) Nothing hereinafter contained shall affect the right of the city employee to hold membership in and support a political party, to vote as he or she chooses, to express privately his or her opinions on all political subjects and candidates, to maintain political neutrality and to attend political meetings.

(b) No employee shall engage in political activities during regular work hours, nor shall any employee wear his or her uniform, badge or other indicia of office/employment while engaging in political activities.

(c) No employee shall erect, construct or post political posters on city property or buildings. Political posters shall not be displayed or posted on the private automobiles of employees when parked on city premises furnished to the employee by the city for the parking of such vehicle during regular work hours, except bumper strips on bumpers.

(d) No person shall directly or indirectly solicit or receive subscriptions, assessments, contributions, or services or any partisan or nonpartisan political purpose from any employee in city service or use his or her influence

---

[1]Ord. No. 42-19-20, adopted Mar. 2, 2020 , repealed and recreated ch. 82 to read as herein set out. Former ch. 82 pertained to the same subject matter, consisted of §§ 82-1—82-10, 82-21—82-33, 82-51—82-73, and 82-91—82-97, and derived from Ord. No. 27-14-15, adopted Sept. 15, 2014; and Ord. No. 39-16-17, adopted Apr. 5, 2017.

Cross reference(s)—Officers and employees, § 2-221 et seq.

State law reference(s)—Civil service generally, Wis. Stats. § 230.05 et seq.; municipal employment generally, Wis. Stats. § 111.70.


Case 2:23-cv-00149-WED Filed 04/18/23 Page 1 of 2 Document 36-2

to coerce the political action of any employee while such employee is on city premises during any regular working hours.

(e) Unless otherwise prohibited, any city employee may be a candidate for political office and may actively campaign therefor without jeopardizing his or her employment with the city. (Note: No city employee elected to a city political office may serve in violation of the restrictions contained in Wis. Stats. §§ 946.13 and 66.0501).

(f) For the purposes of this section, political activity shall mean activity calculated to improve or favor the changes of any political party or any person seeking or attempting to hold political office; such definition of political activities shall include, but not be limited to, campaigning for candidates or political parties, circulating nomination papers, registering voters, collecting contributions or selling fund-raising tickets, distributing campaign material, organizing political rallies or meetings.

( Ord. No. 42-19-20, § 1, 3-2-20 )

## Sec. 82-6. Effect of violations.

(a) Any employee who is guilty of a violation of section 82-3 through 82-5 of this chapter shall be subject to disciplinary action which may include demotion, suspension and/or termination of employment.

(b) An elected official, a department head, or any person who is not an employee of the city who is guilty of a violation of section 82-3 through 82-5 of this chapter shall be subject to a forfeiture of not less than $50.00 nor more than $250.00, together with the costs of prosecution, and in default of payment thereof, to imprisonment in the county jail until such forfeiture and costs are paid, but not to exceed 30 days.

( Ord. No. 42-19-20, § 1, 3-2-20 )