IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

    Plaintiff

v.

CASE NO. 23-CV-149

CITY OF SHEBOYGAN, ET AL.,

    Defendants

## DEFENDANT MAYA HILTY'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant Maya Hilty ("Hilty"), by her attorneys, Godfrey & Kahn, S.C., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Plaintiff Todd Wolf's Section 1983 and conspiracy claims brought against her. In support of her motion, Hilty relies on her Brief in Support of Motion to Dismiss Amended Complaint filed simultaneously with this motion.

WHEREFORE, Hilty requests an order dismissing the claims against her in their entirety with prejudice and granting such other relief as the Court deems appropriate.

Dated this 2nd day of May, 2023

                GODFREY & KAHN, S.C.

                *s/Brian C. Spahn*
                Brian C. Spahn
                State Bar No. 1060080
                Mark Thomson
                State Bar No. 1120598

P.O. ADDRESS:
833 East Michigan
Milwaukee, WI 53202
Phone: 414-287-9314
Fax: 414-273-5198
bspahn@gklaw.com
mthomson@gklaw.com