IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

    Plaintiff,

v.                                                                Case No. 23-CV-149

CITY OF SHEBOYGAN, ET AL.,

    Defendants.

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Jill Pedigo Hall, pursuant to Fed. R. Civ. P. 8 and 20 or, in the alternative, Fed. R. Civ. P. 12(b)(6), moves to dismiss the amended complaint of the Plaintiff Todd Wolf against her, with prejudice. The motion is based on the amended complaint and the accompanying brief.

Dated this 2nd day of May, 2023.

                                                                VON BRIESEN & ROPER, S.C.

                                                       By: *s/ Joseph M. Russell*
                                                               Joseph M. Russell, SBN 1092211
                                                               411 E. Wisconsin Ave., Suite 1000
                                                               Milwaukee, WI 53202
                                                               P: 414-287-1400
                                                               F: 414-276-6281
                                                               E: joseph.russell@vonbriesen.com