# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| TODD WOLF | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-149 |
| CITY OF SHEBOYGAN, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant Jill Pedigo Hall .

Date:  02/01/2024

s/ James E. Bartzen
*Attorney's signature*

James E. Bartzen; Bar No. 1003047
*Printed name and bar number*

Boardman & Clark LLP
1 S. Pinckney St., Suite 410, P.O. Box 927
Madison, WI 53701-0927
*Address*

jbartzen@boardmanclark.com
*E-mail address*

(608) 257-9521
*Telephone number*

(608) 283-1709
*FAX number*