UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

      Plaintiff,

v.

CITY OF SHEBOYGAN, MAYOR RYAN
SORENSON in his individual and official capacity,
CITY ATTORNEY CHARLES ADAMS in his
individual and official capacity, ALDERWOMAN
BARBARA FELDE, in her individual and official
capacity, ALDERWOMAN ROBERTA FILICKYPENESKI,
in her individual and official capacity,
ALDERWOMAN AMANDA SALAZAR, in her
individual and official capacity, ALDERWOMAN
ANGELA RAMEY, in her individual and official
capacity, ALDERWOMAN BETTY ACKLEY, in her
individual and official capacity, ALDERMAN
ZACHARY RUST, in his individual and official
capacity, ALDERMAN DEAN DEKKER, in his
individual and official capacity, ALDERWOMAN
GRAZIA PERRELLA, in her individual and official
capacity, PRESIDENT SHEBOYGAN AREA SCHOOL
DISTRICT MARY LYNNE DONOHUE, in her
individual capacity; MAYA HILTY; and JILL HALL,

      Defendants.

Case No.: 23-cv-149

## DEFENDANTS' PRIVILEGE LOG

| DATE | DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|
|  | All von Briesen & Roper s.c invoices for legal services relating to the investigation or any issue related to this litigation. | Attorney/Client Attorney Work Product Prepared in anticipation of litigation |

| | | |
|---|---|---|
| 8/22/2022 – present | Any email communications or related documents to/from City Attorney Adams or anyone in the City Attorney's office, to/from Mayor Sorenson, Common Council members and/or outside counsel that concerns any issue in the case. | Attorney /Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 8/22/2022 – present | Any material created by City Attorney Adams or anyone in the City Attorney's office that concerns any issue in the case. | Attorney /Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 10/17/2022 - present | Closed session minutes<br>Any material created by outside counsel provided to or otherwise used or referred to in any closed session.<br>Any notes or other documents created by any City employee or official relating to any closed session. | Attorney /Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 11/8/2022 – present | Any communications to/from and documents provided by City Attorney Adams (or members of the City Attorney's office) to Jill Hall, James Macy or anyone in the von Briesen & Roper law firm relating to Jill Hall's investigation or any issue related to this litigation. | Attorney/Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 11/8/2022 – present | Any communications to/from or document provided by any City employee or official to Jill Hall or anyone in the von Briesen & Roper law firm relating to her investigation or any issue related to this litigation. | Attorney /Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 11/8/2022 – present | Any communications, documents or other tangible thing relating to the investigation completed by Jill Hall, including but not limited to all written reports. | Attorney /Client<br>Attorney Work Product<br>Prepared in anticipation of litigation |
| 2/15/2023 – present | Any email communications to/from MWH Law Group, including all staff of MWH that relate to any issue in this litigation. | Attorney /Client<br>Attorney Work Product |

| 2/15/2023 – present | Other than final drafts of documents filed with the Court or served on Plaintiff's counsel, any material created by MWH, including all staff of MWH, regarding any issue in the case, including but not limited to, investigation materials, notes, draft documents. | Attorney /Client Attorney Work Product |
|---|---|---|

*This log has been prepared prior to the completion of Defendants' investigation, discovery, and preparation for trial in this action. City of Sheboygan Defendants reserve the right to amend this log as needed and will update this log as necessary. This log is for purpose of discovery only and is not an admission or acceptance that any matter is relevant and/or admissible into evidence. Any failure to include any document on this log does not constitute waiver of any privilege. This log does not list any privileged advice memoranda, internal communications, or other documents to or from any Defendants' counsel, including without limitation the working files of any Defendants' counsel.

Dated this 12th day of January, 2024.

**MWH LAW GROUP LLP**
Attorneys for Defendants City of Sheboygan, Mayor Ryan Sorenson, City Attorney Charles Adams, Alderperson Betty Ackley, Alderperson Dean Dekker, Alderperson Barbara Felde, Alderperson Roberta Filicky-Peneski, Alderperson Grazia Perrella, Alderperson Angela Ramey, Alderperson Zachary Rust, Alderperson Amanda Salazar, and President of Sheboygan Area School District Mary Lynne Donohue

By: /s/ *Electronically signed by Warren E. Buliox*
Warren E. Buliox     SBN 1056215
Julie T. Bittner     SBN 1128144
Kerrie M. Murphy     SBN 1122869
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
warren.buliox@mwhlawgroup.com
julie.bittner@mwhlawgroup.com
kerrie.murphy@mwhlawgroup.com