EXHIBIT 1

AODLF 000003

# Open Record Request RE vonBriesen

| | |
|---|---|
| From | aaron@aaronguenther.com <aaron@aaronguenther.com> |
| To | DeBruin, Meredith<Meredith.DeBruin@sheboyganwi.gov> |
| Date | Thursday, June 29th, 2023 at 8:34 AM |

Good Morning:

Please see my attached open records request.

Aaron

**54.53 KB**   1 file attached

VonBriesen Open Records Request 6-28-2023.pdf 54.53 KB

City of Sheboygan
City Clerk Meredith DeBruin
CC: Chuck Adams, City Attorney
via email

June 29, 2023

Dear Ms. DeBruin:

This letter is to request the following records, under the state's Open Records Law (19.31-39, Wisconsin Statutes):

<u>A full and complete copy of any and all invoices from von Briesen and Roper to the City of Sheboygan, Sheboygan Common Council, and / or City Attorney, relating to Jill Pedigo Hall and Todd Wolf.</u>

*This request is for dates from November 5, 2022 to June 29, 2023.*

Please be aware that the Open Records law defines "record" to include information that is maintained on paper as well as electronically, such as data files and unprinted emails. Wis. Stat. § 19.32(2).

Please also be aware that the Open Records law "shall be construed in every instance with the presumption of complete public access consistent with the conduct of governmental business. The denial of access generally is contrary to the public interest and only in exceptional cases can access be denied." If you deny my request, the law requires you to do so in writing and state what part of the law you believe entitles you to deny my request. Wis. Stat. § 19.35(4)(a).

The Open Records law states that you may charge for "the actual, necessary and direct cost" of locating records, if this exceeds $50, and for photocopies. Please advise me before processing this request if the total cost will exceed $50.

As you know, the law requires you to respond to this request "as soon as practicable and without delay."

If you are not the records custodian for this information, please forward this request to the appropriate person. Also, please let me know if I can or need to clarify or refine this request.

Thank you for your time and consideration.

Sincerely,


Aaron R. Guenther
2049 White Pine Lane
Sheboygan WI  53083

414.870.2512
aaron@aaronguenther.com

WOLF 000005