# EXHIBIT 2

AOLF 000006

# RE: Open Record Request RE vonBriesen

| | |
|---|---|
| From | DeBruin, Meredith <Meredith.DeBruin@sheboyganwi.gov> |
| To | aaron@aaronguenther.com |
| Date | Thursday, June 29th, 2023 at 2:36 PM |

Attached please find the records responsive to your request for "a full and complete copy of any and all invoices from von Briesen and Roper to the City of Sheboygan, Sheboygan Common Council, and/or City Attorney, relating to Jill Pedigo Hall and Todd Wolf... for dates from November 5, 2022 to June 29, 2023.

Thank you,

Meredith

Meredith DeBruin

City Clerk

City of Sheboygan

828 Center Ave

Sheboygan, WI  53081

(920) 459-3364

meredith.debruin@sheboyganwi.gov



**From:** Aaron R. Guenther <aaron@aaronguenther.com>
**Sent:** Thursday, June 29, 2023 8:35 AM
**To:** DeBruin, Meredith <Meredith.DeBruin@sheboyganwi.gov>
**Subject:** Open Record Request RE vonBriesen

Good Morning:

Please see my attached open records request.

Aaron

---

NOTICE: This e-mail may contain confidential information and is intended only for the individual named. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail; please notify the sender immediately and delete this e-mail from your system. Also, please be aware that email correspondence to and from "The City of Sheboygan" may be subject to open record requests.

---

**424.07 KB**   1 file attached1 embedded image

| image001.png 14.69 KB | Von Briesen Invoices re Wolf matter.PDF 409.37 KB |