EXHIBIT 3

WJLF 000009



**von Briesen & Roper, s.c. | Attorneys at Law**

| | | |
|---|---|---|
| City of Sheboygan | Invoice Date: | December 27, 2022 |
| Attn: Ryan Sorenson, Mayor | Invoice Number: | 413007 |
| 828 Center Avenue, Suite 300 | Attorney: | James R. Macy |
| Sheboygan, WI 53081 | Tax ID: | 39-1576289 |

*For Professional Services through* **November 30, 2022**

**Matter:** Personnel Investigation
**Matter Number:** 004236-00010

| | | |
|---|---|---|
| Total Fees | $ | 10,741.50 |
| Total Due This Invoice | $ | 10,741.50 |

*[handwritten:]* 101144 - 531200
2022 Expense

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382
To pay your invoice via credit card, please visit: https://vonbriesen.com/payments
This invoice is subject to Attorney Client Privilege

www.vonbriesen.com | 411 East Wisconsin Avenue, Suite 1000, Milwaukee, WI 53202-4409 | Phone 414-276-1122 Fax 414-238-6446

Sheboygan, City of

Invoice Date: December 27, 2022
Invoice Number: 413007
Matter Number: 004236-00010

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/22 | JRM | Phone call concerning investigation matter. | 0.30 | 94.50 |
| 11/10/22 | JRM | Emails and phone call concerning investigation matter. | 0.40 | 126.00 |
| 11/11/22 | JPH | Intraoffice conference with Attorney Macy regarding nature and extent of investigation. | 0.30 | 94.50 |
| 11/11/22 | JRM | Emails concerning investigation matter. | 0.30 | 94.50 |
| 11/12/22 | JPH | Study open records requests issued by Administrator's counsel. | 0.50 | 157.50 |
| 11/14/22 | JPH | Telephone conference with client regarding investigation; investigation planning; begin review of background information regarding Administrator and his counsel. | 2.10 | 661.50 |
| 11/16/22 | JPH | Prepare directives to employee witnesses; begin initial identification of witnesses; preparation of engagement letter setting scope of investigation; begin process of reviewing records provided by client. | 0.90 | 283.50 |
| 11/16/22 | JRM | Emails concerning investigation matter. | 0.30 | 94.50 |
| 11/17/22 | JPH | Complete communication re: directives and engagement letter to client; exchange communications with City Attorney regarding directives and communications to Council; begin working through study of relevant documents provided by client. | 1.20 | 378.00 |
| 11/18/22 | JPH | Conduct review of records including media and internal and external email communications; complete identification of witnesses and convey information to City Attorney. | 3.30 | 1,039.50 |
| 11/18/22 | JRM | Emails and phone call concerning investigation matter; receipt and review of administrator employment agreement. | 1.20 | 378.00 |
| 11/21/22 | JPH | Exchange email communications with City Attorney regarding status; telephone conference with City Attorney regarding scope of investigation and other records developments. . | 0.50 | 157.50 |
| 11/22/22 | JPH | Exchange email communication with client regarding issuance of directives; begin process of scheduling interviews; study communications sent to employee interviewees; review communication sent to City Administrator. | 1.40 | 441.00 |
| 11/23/22 | JPH | Study email communications from client regarding issuance of directives; send email communications to client regarding directives; begin interview planning. | 0.80 | 252.00 |
| 11/27/22 | JPH | Complete study of Administrator submission to Council; determine and implement | 2.70 | 850.50 |

Sheboygan, City of

Invoice Date: December 27, 2022
Invoice Number: 413007
Matter Number: 004236-00010

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | communications regarding scheduling of interviews. | | |
| 11/28/22 | JPH | Schedule interviews; continue study of documents in preparing for interviews; telephone conference with City Attorney regarding development involving appearance by Administrator Wolf; study communications to Administrator from City Attorney; prepare for interviews. | 4.30 | 1,354.50 |
| 11/28/22 | JRM | Emails concerning investigation matter. | 0.30 | 94.50 |
| 11/29/22 | JPH | Complete study of documentation in preparation for investigation interviews; conduct three investigation interviews; study email communications from Administrator counsel. | 7.10 | 2,236.50 |
| 11/30/22 | JPH | Conduct witness interviews.; study email communications from Wolf counsel and between City Attorney and Wolf counsel; exchange email communications with City Attorney; review additional information provided by interviewees. | 6.20 | 1,953.00 |
| | | **Total Fees** | **34.10** | **$10,741.50** |
| | | **Matter Total** | | **$10,741.50** |



von Briesen & Roper, s.c. | Attorneys at Law

City of Sheboygan  
Attn: Ryan Sorenson, Mayor  
828 Center Avenue, Suite 300  
Sheboygan, WI 53081

Invoice Date: December 27, 2022  
Invoice Number: 413007  
Attorney: James R. Macy  
Tax ID: 39-1576289

*For Professional Services through* **November 30, 2022**

**Matter:** Personnel Investigation  
**Matter Number:** 004236-00010

| | |
|---|---|
| Total Fees | $ 10,741.50 |
| Total Due This Invoice | $ 10,741.50 |

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:  
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382  
To pay your invoice via credit card, please visit: https://vonbriesen.com/payments  
This invoice is subject to Attorney Client Privilege

www.vonbriesen.com 411 East Wisconsin Avenue, Suite 1000 Milwaukee, WI 53202-4409 Phone 414-276-1122 Fax 414-238-6446



von Briesen & Roper, s.c. | Attorneys at Law

Sheboygan WI, City of
Attn: Sandy Rohrick, Human Resources
828 Center Avenue #100
Sheboygan, WI 53081

Invoice Date: January 18, 2023
Invoice Number: 414881
Attorney: James R. Macy
Tax ID: 39-1576289

*For Professional Services through* **December 31, 2022**

**Matter:** General Labor
**Matter Number:** 004236-00003

| | | |
|---|---|---|
| Total Fees | $ | 1,575.00 |
| Total Costs | $ | 71.25 |
| Total Due This Invoice | $ | 1,646.25 |

Please note that billing rates may be
increased effective January 1, 2023

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382
To pay your invoice via credit card, please visit: https://vonbriesen.com/payments
This invoice is subject to Attorney Client Privilege

Sheboygan, City of  
Invoice Date: January 18, 2023  
Invoice Number: 414881  
Matter Number: 004236-00003

## Time Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/22 | JRM | Preparation for and meeting with City Attorney and attorney for City Administrator regarding pending matters; emails concerning same. | 4.70 | 1,480.50 |
| 12/07/22 | JRM | Receipt and review of emails an cease and desist letter regarding Administrator. | 0.30 | 94.50 |
| | | **Total Fees** | **5.00** | **$1,575.00** |

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/30/22 | vBR - 12/6/22, Travel to and from Sheboygan for meeting at City Hall | 1.00 | 71.25 |
| | **Total Costs** | | **$71.25** |
| | **Matter Total** | | **$1,646.25** |

101144- 531200



City of Sheboygan
Attn: Ryan Sorenson, Mayor
828 Center Avenue, Suite 300
Sheboygan, WI 53081

Invoice Date: January 18, 2023
Invoice Number: 414883
Attorney: James R. Macy
Tax ID: 39-1576289

*For Professional Services through* **December 31, 2022**

**Matter:** Personnel Investigation
**Matter Number:** 004236-00010

| | |
|---|---|
| Total Fees | $ 20,632.50 |
| Total Due This Invoice | $ 20,632.50 |
| Previous Balance Due | $ 10,741.50 |
| **Amount Due** | $ 31,374.00 |

Please note that billing rates may be
increased effective January 1, 2023

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382
To pay your invoice via credit card, please visit: https://vonbriesen.com/payments
This invoice is subject to Attorney Client Privilege

Sheboygan, City of

Invoice Date: January 18, 2023
Invoice Number: 414883
Matter Number: 004236-00010

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/22 | JPH | Conduct three interviews of Sheboygan employees; study email communications provided to me by interviewee. | 4.50 | 1,417.50 |
| 12/02/22 | JPH | Conduct three investigation interviews; study documentation provided by individuals interviewed. | 5.00 | 1,575.00 |
| 12/05/22 | JPH | Conduct two witness interviews; exchange email communications with City Attorney regarding contact information for additional identified witnesses and his availability for interview; send email communications to non-employee witnesses; begin study of Wolf personnel file; exchange email communications with non-employee witnesses. | 4.60 | 1,449.00 |
| 12/06/22 | JPH | Conduct Director interview; exchange email communications with former employee declining interview; exchange email communication with counsel for outside parties; exchange email communication with former employee regarding waiver of privilege; study email communications provided by employee; video conference with counsel for two external individuals. | 4.10 | 1,291.50 |
| 12/07/22 | JPH | Conduct multiple interviews of witnesses; study administrator ethics guidance; study email communications from counsel for Administrator; exchange email communications with counsel for external witnesses. | 4.10 | 1,291.50 |
| 12/08/22 | JPH | Interview of former City employee; exchange email communications with counsel for external witnesses; continue review of ethical guidelines for administrators; exchange email communications with City employee. | 2.10 | 661.50 |
| 12/09/22 | JPH | Interview outside party regarding meeting allegations and communications; study documentation between Administrator and press and Sokolowski complaint materials. | 1.90 | 598.50 |
| 12/12/22 | JPH | Study interviews of current employees for purposes of follow up; send email correspondence to City Administrator counsel regarding interview; exchange email communications with Wolf counsel regarding his interview. | 1.70 | 535.50 |
| 12/13/22 | JPH | Exchange email communications with former employee; send email communication to Administrator counsel regarding scheduling interview; exchange email communications with City Attorney regarding status; study additional statement and information from Emily Rendall-Aruejo; study CLA reports submitted by employee; | 2.80 | 882.00 |

Sheboygan, City of  
Invoice Date: January 18, 2023  
Invoice Number: 414883  
Matter Number: 004236-00010

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | exchange email communications with Emily Rendall-Aruejo; telephone conference with Ms. Rendall-Aruejo; telephone conference with City Attorney; study speech video and related transcript of speech given by Wolf's counsel to Sheboygan County Republicans. | | |
| 12/14/22 | JPH | Exchange email communications with former employee witness regarding additional information; conduct interviews of non-employee external witnesses; study additional documentation of communications from non-employee external witnesses; review the appearance of Administrator counsel on Regular Joe Show; review transcript of speech by Administrator counsel to Sheboygan County Republican Party; communicate with employee witness regarding further information needed; send email communications to non-employee external witness seeking further information; exchange email communications with Administrator's counsel regarding his interview. | 5.80 | 1,827.00 |
| 12/15/22 | JPH | Exchange email communications with former employee witness regarding additional information; exchange email communications with employee witness; study additional documentation provided by employee witness. | 0.50 | 157.50 |
| 12/16/22 | JPH | Follow up telephone conferences with employee and non-employee witnesses; study calendar and notes provided by employee witness; exchange email communication with employee regarding documentation of meeting with the Collective and Administrator; study new media regarding Administrator claims; exchange email correspondence with Attorney Demaster regarding Wolf interview arrangements; conduct interview of Mayor; begin study of additional information provided by non-employees external witnesses. | 4.40 | 1,386.00 |
| 12/18/22 | JPH | Send email communication to Mayor regarding historical communications. | 0.20 | 63.00 |
| 12/19/22 | JPH | Study interviews and identify pertinent documents in preparing for interview of City Administrator; exchange email communications with the City Attorney regarding factual questions; send email communications to City employee with questions on her participation in pertinent meeting; hold telephone conference with City Attorney regarding email records and pertinent communications; draft directives to City Administrator and send to City Attorney for service. | 6.70 | 2,110.50 |
| 12/19/22 | RPH | Telephone correspondence with Attorney Hall to analyze confidentiality considerations related to | 0.60 | 189.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | investigation and claims made by subject of same (.3); locate federal cases supporting confidentiality directives in public sector under First Amendment and share same with Attorney Hall for use in investigation (.3). | | |
| 12/20/22 | JPH | Complete preparation for and conduct lengthy interview of Todd Wolf. | 7.10 | 2,236.50 |
| 12/21/22 | JPH | Study answers to questions provided by employee regarding facts related to critical meeting. | 0.30 | 94.50 |
| 12/27/22 | JRM | Emails and phone call concerning finalization of investigation and process for reporting out same. | 0.40 | 126.00 |
| 12/27/22 | JPH | Exchange multiple email communications with client regarding planning for discussion of investigation findings. | 0.40 | 126.00 |
| 12/28/22 | JPH | Begin compilation of findings and conclusions. | 2.20 | 693.00 |
| 12/29/22 | JPH | Continue preparation of findings and conclusions from investigation; complete review of pertinent documentation. | 1.80 | 567.00 |
| 12/30/22 | JPH | Continue review of records and interviews toward compilation of findings and conclusions. | 4.30 | 1,354.50 |

|  |  |  |
|---|---|---|
| **Total Fees** | **65.50** | **$20,632.50** |
| **Previous Balance Due** | | **$10,741.50** |
| **Matter Total** | | **$31,374.00** |



von Briesen & Roper, s.c. | Attorneys at Law

Sheboygan WI, City of
Attn: Sandy Rohrick, Human Resources
828 Center Avenue #100
Sheboygan, WI 53081

Invoice Date: February 8, 2023
Invoice Number: 416457
Attorney: James R. Macy
Tax ID: 39-1576289

*For Professional Services through* **January 31, 2023**

**Matter:** General Labor
**Matter Number:** 004236-00003

| | |
|---|---|
| Total Fees | $ 945.00 |
| Total Due This Invoice | $ 945.00 |
| Previous Balance Due | $ 1,646.25 |
| **Amount Due** | $ 2,591.25 |

101144-531200

Please note that the charges contained
in this invoice may reflect increased
rates as of January 1, 2023

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382
To pay your invoice via credit card, please visit: https://vonbriesen.com/payments
This invoice is subject to Attorney Client Privilege

www.vonbriesen.com 411 East Wisconsin Avenue, Suite 1000, Milwaukee, WI 53202-4409 Phone 414-276-1122 Fax 414-238-6446

Case 2:23-cv-00149-WED  Filed 02/14/24  Page 12 of 17  Document 80-3

Sheboygan, City of

Invoice Date: February 8, 2023
Invoice Number: 416457
Matter Number: 004236-00003

## Time Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/23 | JRM | Emails and phone call concerning Administrator matter. | 0.40 | 126.00 |
| 01/05/23 | JRM | Phone conferences concerning administrator contract matter. | 0.80 | 252.00 |
| 01/06/23 | JRM | Phone call with City Administrator's counsel and phone call with City Attorney concerning status of contract. | 0.60 | 189.00 |
| 01/12/23 | JRM | Phone conferences concerning implementation issues with Administrator contract termination. | 0.40 | 126.00 |
| 01/13/23 | JRM | Email and phone conferences concerning City Administrator matter. | 0.40 | 126.00 |
| 01/27/23 | JRM | Phone call from new Human Resource Director concerning police department discipline matter. | 0.20 | 63.00 |
| 01/27/23 | JRM | Emails concerning City Administrator payout. | 0.20 | 63.00 |
| | | **Total Fees** | **3.00** | **$945.00** |
| | | **Previous Balance Due** | | **$1,646.25** |
| | | **Matter Total** | | **$2,591.25** |



von Briesen & Roper, s.c. | Attorneys at Law

City of Sheboygan  
Attn: Ryan Sorenson, Mayor  
828 Center Avenue, Suite 300  
Sheboygan, WI 53081

Invoice Date: March 17, 2023  
Invoice Number: 420156  
Attorney: James R. Macy  
Tax ID: 39-1576289

*For Professional Services through **February 28, 2023***

**Matter:** Personnel Investigation  
**Matter Number:** 004236-00010

| | | |
|---|---|---|
| Total Fees | $ | 2,803.50 |
| Total Due This Invoice | $ | 2,803.50 |

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:  
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382  
To pay your invoice via credit card, please visit: **https://vonbriesen.com/payments**  
This invoice is subject to Attorney Client Privilege

www.vonbriesen.com | 411 East Wisconsin Avenue, Suite 1000, Milwaukee, WI 53202-4409 Phone 414-276-1122 Fax 414-238-6446

Case 2:23-cv-00149-WED Filed 02/14/24 Page 14 of 17 Document 80-5

Sheboygan, City of

Invoice Date: March 17, 2023
Invoice Number: 420156
Matter Number: 004236-00010

## Time Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | JPH | Interoffice conference with Attorney Macy regarding strategy around preparation of final report. | 1.30 | 409.50 |
| 02/01/23 | JRM | Further assistance in preparation of summary report; phone conference concerning same. | 1.20 | 378.00 |
| 02/02/23 | JPH | Revise and finalize draft of report to City. | 2.20 | 693.00 |
| 02/03/23 | JPH | Complete draft summary investigation report; telephone conference with Mayor regarding report; telephone conference with City Attorney regarding report. | 2.10 | 661.50 |
| 02/06/23 | JPH | Telephone conference with City Attorney regarding final terms in report; interoffice conference with Attorney Macy regarding final report. | 0.50 | 157.50 |
| 02/07/23 | JRM | Phone conference concerning finalized report; receipt and review of information concerning Wolf suit against City. | 1.60 | 504.00 |
| | | **Total Fees** | **8.90** | **$2,803.50** |
| | | **Matter Total** | | **$2,803.50** |



**von Briesen & Roper, s.c. | Attorneys at Law**

City of Sheboygan  
Attn: Ryan Sorenson, Mayor  
828 Center Avenue, Suite 300  
Sheboygan, WI 53081

| | |
|---|---|
| Invoice Date: | May 16, 2023 |
| Invoice Number: | 425770 |
| Attorney: | James R. Macy |
| Tax ID: | 39-1576289 |

For Professional Services through **April 30, 2023**

**Matter:** Personnel Investigation  
**Matter Number:** 004236-00010

| | | |
|---|---|---|
| Total Fees | $ | 126.00 |
| Total Due This Invoice | $ | 126.00 |


received 5-23-23

For any questions regarding this invoice or if you would like to receive invoices via email, please contact:  
Korrey J. Dickens at korrey.dickens@vonbriesen.com or (414) 287-1382  
To pay your invoice via credit card, please visit: **https://vonbriesen.com/payments**  
This invoice is subject to Attorney Client Privilege

Sheboygan, City of                    Invoice Date:         May 16, 2023
                                       Invoice Number:           425770
                                       Matter Number:     004236-00010

## Time Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/23 | JRM | Email request from City's insurance counsel regarding Wolf matter; review of file and response to request. | 0.40 | 126.00 |
| | | **Total Fees** | **0.40** | **$126.00** |
| | | **Matter Total** | | **$126.00** |