EXHIBIT 4

AADLF 000026

investigation." Both are false. Is Westbrook stupid? Or is he being u  ...see more



**Aaron R. Guenther** • 1st
Marketing Anthropologist
4mo •

I really get frustrated when government employees and elected officials lie, deceive, or hide the truth, from us, the citizens. They do this and think we're stupid.

After Todd Wolf was fired January 9, I requested the Jill Hall (of von Briesen and Roper) investigation report from the city, the one dated prior to his lawsuit being filed. He filed a month later, and on the same day, von Briesen finalized the February 6th 'Hall Report.'

I was told there was no preliminary report. I specifically requested it because I wanted to know what the puny Dean Dekker was referring to on January 9th that was so horrible.

Attached is the bill from von Briesen and Roper and it looks like a draft was complete on February 2nd and sent on February 3rd and then Big Bird wanted some changes which we assume had to have been implemented. If there is no preliminary report what is he reading to request a change?

Furthermore, why would the city attorney request changes to an "independent employment investigation" from an outside law firm?

Play me again for a fool. Please continue. Next up, did members of the Common Council meet in violation of Wisconsin meeting laws to discuss Todd Wolf?

-ARG

| | | Sheboygan, City of | | Invoice Date: | March 17, 2023 |
| | | | | Invoice Number: | 420156 |
| | | | | Matter Number: | 004236-00010 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | JPH | Interoffice conference with Attorney Macy regarding strategy around preparation of final report. | 1.30 | 409.50 |
| 02/01/23 | JRM | Further assistance in preparation of summary report; phone conference concerning same. | 1.20 | 378.00 |
| 02/02/23 | JPH | Revise and finalize draft of report to City. | 2.20 | 693.00 |
| 02/03/23 | JPH | Complete draft summary investigation report; telephone conference with Mayor regarding report; telephone conference with City Attorney regarding report. | 2.10 | 661.50 |
| 02/06/23 | JPH | Telephone conference with City Attorney regarding final terms in report; interoffice conference with Attorney Macy regarding final report. | 0.50 | 157.50 |

✓ Item saved. View all                                                                    ✕