# EXHIBIT 5

WOLF 000028



