# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

        Plaintiff,

    v.                    Case No. 23-CV-149

CITY OF SHEBOYGAN, ET AL.,

        Defendants.

## COURT MINUTES OF TELEPHONIC CONFERENCE RE: PENDING MOTIONS

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: March 4, 2024 at 10:00 A.M.      DEPUTY CLERK: Mary Murawski

TIME COMMENCED: 10:00      TIME CONCLUDED: 11:00

TAPE/COURT REPORTER: Susan Armbruster

APPEARANCES:
    PLAINTIFF: Jennifer DeMaster

    DEFENDANT: City of Sheboygan, et al: Julie T. Bittner, Kerrie Murphy, Warren Buliox
                     Jill Hall: James E. Bartzen

**COMMENTS:**
COURT hears oral argument from counsel on the pending motions.
COURT requests Attorney Buliox to update the Protective Order with what was discussed at the hearing today.
COURT: Attorney Buliox to file a draft proposed order by **March 8, 2024,** regarding the Motion to Compel along the lines that was discussed today. Any objections by plaintiff shall be filed by **March 15, 2024.**