UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD WOLF,

    Plaintiff,

v.

    Case No. 23-cv-149

CITY OF SHEBOYGAN, et. al.

    Defendants.

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, Todd Wolf, and Defendants, City of Sheboygan, Mayor Ryan Sorenson, City Attorney Charles Adams, Betty Ackley, Dean Dekker, Barbara Felde, Roberta Filicky-Peneski, Grazia Perrella, Angela Ramey, Zachary Rust, Amanda Salazar, Mary Lynne Donohue, and Jill Pedigo Hall, by and through their undersigned attorneys and hereby stipulate to the dismissal of the above-captioned cause of action with prejudice. The parties each hereby receipt for costs.

Dated this  18  day of June, 2024.

**DEMASTER LAW LLC**
Attorney for Plaintiff Todd Wolf

By: */s/ Jennifer DeMaster*
Jennifer DeMaster, SBN 1124201
361 Falls Road #610
Grafton, WI 53024
Telephone: (414) 235-7488
Facsimile: (262) 536-0515
E-mail: *Jennifer@demasterlaw.com*

**MWH LAW GROUP LLP**
Attorneys for Defendants City of Sheboygan, Mayor Ryan Sorenson, City Attorney Charles Adams, Alderperson Betty Ackley, Alderperson Dean Dekker, Alderperson Barbara Felde, Alderperson Roberta Filicky-Peneski, Alderperson Grazia Perrella, Alderperson Angela Ramey, Alderperson Zachary Rust, Alderperson Amanda Salazar, and President Sheboygan Area School District Mary Lynne Donohue

By: /s/ *Electronically signed by Warren E. Buliox*
Warren E. Buliox          SBN 1056215
Julie T. Bittner            SBN 1128144
Kerrie M. Murphy       SBN 1122869
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
E-mail: *warren.buliox@mwhlawgroup.com*
E-mail: *julie.bittner@mwhlawgroup.com*
E-mail: *kerrie.murphy@mwhlawgroup.com*

**BOARDMAN & CLARK LLP**
Attorney for Defendant Jill Pedigo Hall

By: *s/ Electronically signed by James E. Bartzen*
James E. Bartzen          SBN 1003047
1 S. Pinckney St., Suite 410, P.O. Box 927
Madison, WI 53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709
E-mail: *jbartzen@boardmanclark.com*